8

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Civil Division

| | | |
|---|---|---|
| Jerome Risby<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>Rebecca Hawley, Rebecca Hawley Trust, Trustees, James P. Hawley Trust Trustee, DIana Ehrensaft Trust<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. C24-06734 JCS<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No<br><br>FILED<br>SEP 25 2024<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>(100) NOS (5) IFP NP |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome S. Risby |
| Street Address | 6950 Balsam Way |
| City and County | Oakland, California |
| State and Zip Code | California, 94611 |
| Telephone Number | 510-918-1723 |
| E-mail Address | techexpressmobile@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rebecca Hawley |
| Job or Title *(if known)* | Educational Advocate |
| Street Address | 5839 Patton St |
| City and County | Oakland, Alameda County |
| State and Zip Code | California, 94618 |
| Telephone Number | 510-332-4760 |
| E-mail Address *(if known)* | drhawleypratice@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | James P. Hawley Trust |
| Job or Title *(if known)* | Trustee, Rebecca Hawley Trust |
| Street Address | 5633 Ocean View Drive |
| City and County | Oakland, Alameda County |
| State and Zip Code | California, 94618 |
| Telephone Number | (510) 928-1327 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Diana Ehrensaft Trust |
| Job or Title *(if known)* | Trustee of Rebecca Hawley Trust |
| Street Address | 5633 Ocean View Drive |
| City and County | Oakland, Alameda County |
| State and Zip Code | California, 94618 |
| Telephone Number | (510) 547-4147 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Rebecca Haweley Trust |
| Job or Title *(if known)* | Benificary, Grantor |
| Street Address | 5839 Patton St |
| City and County | Oakland Alameda County |
| State and Zip Code | California 94618 |
| Telephone Number | 510-332-4760 |
| E-mail Address *(if known)* | rebecca.hawley@gmail.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) 28 U.S. Code § 4101 - DEFAMATION;
2.) 42 U.S. Code § 1985 - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW;
3) 18 U.S.C. § 241 - CVIL CONSPIRACY;
4) 42 U.S.C. §1983 - - MALICE PROSCUSTION;
5) 42 U.S.C. § 1985(3) - Depriving Persons of Rights or Privileges

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Jerome Risby, In Pro Per , is a citizen of the State of *(name)* California .

b. If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Rebecca Hayley , is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* .

b. If the defendant is a corporation

The defendant, *(name)* Rebecca Hayley Trust, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California Oakland.
Or is incorporated under the laws of *(foreign nation)* ____________,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Plaintiff rights are now unfairly, basied off of false allegations, religated to the Defendants false statrement of making Criminal threats, is now subject to Law Enforcment's Volient Offerders listings excluding the Plaintiff from countless job, housing opportunities. Plaintiff's business and business plans have had castrophic failure.
( SEE ATTACHED COMPLAINT)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
( SEE ATTACHED COMPLAINT)

This lawsuit arises from a series of deliberate and malicious actions orcstrated and carried out by the Defendants beginnig, Febuary 18, 2023 to December 2023. These actions include making false statements, obstructing justice, defaming the Plaintiff, engaging in a conspiracy to deprive him of his rights, and unlawfully evicting the Plaintiff under the color of law from his residence, causing significant distress, harm and property loss in tresspas to chantell..

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff asserts that the Defendants' behavior constitutes a clear violation of his constitutional and statutory rights under both California and federal law. This lawsuit aims to hold the Defendants accountable for their misconduct and to secure appropriate remedies for the harm inflicted upon the Plaintiff. Through this legal action, the Plaintiff seeks to obtain justice, reparation, and relief for the unlawful actions perpetrated against him by the Defendants in the amount of $5,000,000.00

( SEE ATTACHED COMPLAINT)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/13/2024

Signature of Plaintiff

Printed Name of Plaintiff Jerome Risby, in Pro Per

### B. For Attorneys

Date of signing: 08/13/2024

Signature of Attorney Jerome Risby, In Pro Per

Printed Name of Attorney Jerome Risby

Bar Number

Name of Law Firm Risby, Jerome

Street Address 6950 Balsam Way

State and Zip Code California 94611

Telephone Number 510-918-1723

E-mail Address techexpressmobile@gmail.com

Jerome Risby, In Pro Per
6950 Balsam Way,
Oakland Ca. 94611
510-918-1723
techexpressmobile@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND**

| | |
|---|---|
| JEROME RISBY<br><br>Plaintiff(s),<br><br>vs.<br><br>REBECCA HAWLEY<br>REBECCA HAWLEY TRUST<br>TRUSTEE JAMES P. HAWLEY TRUST<br>TRUSTEE DIANA EHRENSAFT TRUST<br><br>Defendant(s). | Case Number: C24-06734 JCS<br><br>**DAMAGES COMPLAINT**<br><br>DEFAMATION<br>DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (42 U.S.C. § 1983)<br>DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES (42 U.S.C. § 1985)<br>RACKETEERING (18 U.S.C. § 1962)<br>CONSPIRACY AGAINST RIGHTS (42 U.S.C. § 1985)<br>MALICIOUS PROSECUTION<br>TRESPASS TO CHATTEL<br>ILLEGAL EVICTION |

## INTRODUCTION

1. Jerome Risby (hereinafter "Plaintiff") initiates this action against Rebecca Hawley, Rebecca Hawley Trust, and trustees James P. Hawley Trust and Diana Ehrensaft Trust (hereinafter "Defendants") for their unlawful and damaging actions designed to harm the Plaintiff.
2. This lawsuit arises from a series of deliberate and malicious actions carried out by the Defendants. These

actions include making false statements, obstructing justice, defaming the Plaintiff, engaging in a conspiracy to deprive him of his rights, and unlawfully Evicting the Plaintiff under the color of law from his residence, causing significant distress, harm and property loss.

3. The Plaintiff asserts that the Defendants' behavior constitutes a clear violation of his constitutional and statutory rights under both California and federal law. This lawsuit aims to hold the Defendants accountable for their misconduct and to secure appropriate remedies for the harm inflicted upon the Plaintiff. Through this legal action, the Plaintiff seeks to obtain justice, reparation, and relief for the unlawful actions perpetrated against him by the Defendants in the amount of $10,000,000.00

## JURISDICTION AND VENUE

4. This court has subject matter jurisdiction over this action under 28 U.S. Code § 1331, 18 U.S.C. § 1964(c) "Federal Question" where all parties within the action are residents of City of Oakland, State of California, and 28 U.S.C. § 1367 for related state law claims, with Property Trusts active formation with rights created under the laws of

State of California and the amount in controversy exceeds $75,000.

5. This court has personal jurisdiction over the Defendants because they are residents of California, and the underlying facts occurred within this state.

6. Venue is proper in this district under 28 USC § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTUAL BACKGROUND

7. Plaintiff has been subjected to a series of malicious actions by the Defendants, including false accusations, defamation, obstruction of justice, and illegal eviction, which have caused significant harm to his reputation, business, and personal well-being.

8. On multiple occasions, February 18, 2023 thru December 2023, Rebecca Hawley made malicious knowingly false statements to the police about Plaintiff, accusing him of criminal acts, leading to retaliatory arrest of Plaintiff and wrongful arrest and public defamation; and to his wrongful eviction from the premises where he had been residing for a period of years, and the seizure of and permanent deprivation of him of possession of his persona property and resulting in numerous consequential damages,

as stated elsewhere herein. **(California Civil Code § 44; 42 U.S. Code § 1983) (Exhibit A).**

9. Defendants, upon multiple dates, February 18, 2023 thru December 2023, James P. Hawley Trust and Diana Ehrensaft Trust, as trustees of the Rebecca Hawley Trust, by proxy, providing false information to law enforcement officers, thereby hindering the investigation and prosecution processes. (**California Civil Code § 1710; 42 U.S. Code § 1985) (Exhibit B).**

10. Rebecca Hawley committed perjury, September 6, 2023, January 29, 2024, by making false statements under oath during court proceedings, thereby obstructing the administration of justice. (**California Civil Code § 1710; 42 U.S. Code § 1985) (Exhibit C).**

11. The Defendants concealed material facts, August 16, 2023, September 6, 2023, relevant to the legal proceedings with the intent to mislead and deceive, causing further harm to Plaintiff. **(California Civil Code § 1710; 42 U.S. Code § 1985) (Exhibit D).**

12. The Defendants made false and defamatory statements about the Plaintiff in police reports, which were widely disseminated and part of the public record, resulting in severe damage to Plaintiff's reputation and business. (California Civil Code § 44;42 U.S. Code § 1983)(Exhibit E).

13. The Defendants breached the written contract with the Plaintiff for the use of a second vehicle to be used with Plaintiff's work schedule, failing to fulfill contractual obligations and causing financial harm. **(California Civil Code § 1549; 18 U.S. Code § 1961) (Exhibit F).**

14. The Defendants conspired to deprive Plaintiff of his constitutional rights under the 14th Amendment by orchestrating false allegations, retaliatory wrongful arrest and malice prosecution. **(California Civil Code § 170; 42 U.S. Code § 1985) (Exhibit G).**

15. The Defendants upon the retaliatory arrest and expulsion of the Plaintiff from 5839 Patton Street, Oakland California, the Defendants engaged in invading the privacy of the Plaintiff, using the Plaintiff's "password cheat sheet" hidden under computers keyboard mat, logging into the Plaintiffs office computer, I-pads, and Chromebook laptop, and refused to return any, and severed all business phone systems and cell phone communications and intercepted and tampered with Plaintiff's communications, infringing upon his privacy and ability to communicate. **(California Civil Code § 1708; 42 U.S. Code § 1983) (Exhibit H).**

16. The Defendants engaged in extreme and outrageous conduct, intentionally causing severe emotional distress to the

Plaintiff. **(California Civil Code § 46; 42 U.S. Code § 1983) (Exhibit I).**

17. The Defendants unlawfully took or withheld Plaintiff's property in Trespass Chantelle, depriving him of his property rights. **(California Civil Code § 1708; 42 U.S. Code § 1983) (Exhibit J).**

18. The Defendants' actions caused significant disruption to Plaintiff's business operations, resulting in substantial financial losses. **(California Civil Code § 1708; 42 U.S. Code § 1983) (Exhibit K).**

19. Plaintiff anticipates significant future financial losses in his business due to the Defendants' actions **(California Civil Code § 3281; 42 U.S. Code § 1983) (Exhibit L).**

20. The Defendants negligently caused harm or damage to Plaintiff's reputation through their actions. **(California Civil Code § 1708.85; 42 U.S. Code § 1983) (Exhibit M).**

21. The Defendants conspired with others to engage in unlawful conduct against the Plaintiff, resulting in harm or damages. **(California Civil Code § 1708.5; 42 U.S. Code § 1983) (Exhibit N).**

22. The Defendants unlawfully evicted the Plaintiff from his residence without following proper legal procedures, depriving the Plaintiff of his rights to shelter and property. **(California Civil Code § 789.3; 42 U.S. Code § 1983) (Exhibit O)**

## DAMAGES

As a result of the Defendants' actions, the Plaintiff seeks the following damages:

1. Compensatory Damages: $2,000,000 for the harm caused by false statements and defamation.
2. Emotional Distress: $2,000,000 for the severe emotional distress caused by the Defendants' extreme and outrageous conduct.
3. Lost Business Income: $2,000,000 for the disruption and financial losses suffered in
4. Plaintiff's business.
5. Property Losses: $2,000,000 for the unlawful taking and withholding of Plaintiff's property.
6. Costs and Expenses: $2,000,000 for costs associated with court appearances, legal fees, and other related expenses.

**Total Claim Amount: $10,000,000**

## RELIEF SOUGHT

WHEREFORE, Plaintiff demands the following relief:

- A monetary judgment in an amount not less than $10,000,000.
- Court costs to be awarded to Plaintiff.
- Attorney's fees to be awarded to Plaintiff.
- A jury trial to try this action.
- Such further relief that the court deems just and proper.

Respectfully Submitted,

______________________________

Jerome Risby, In Proper, Plaintiff

Date: August 13, 2024

# VERIFICATION

I, Jerome Risby, declare as follows:

1. I am the "In Pro Per" Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true. Executed on this August 13, 2024

Plaintiff,

Jerome Risby, In ProPer,

Dated this August 13, 2024

Jerome Risby, In Proper

# VERIFICATION

I, Jerome Risby, declare as follows:

1. I am the "In Pro Per" Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I verify under penalty of perjury that the factual statements in this complaint are true. Executed on this August 13, 2024

Plaintiff,

Jerome Risby, In ProPer,

Dated this August 13, 2024

Jerome Risby, In Proper

Exhibit A

OAKLAND PD PAGE: 000001

Date: 11/23/23 Time: 14:05 Requested By: SUPERVISOR

| Incident Number | Date | Time | Type | Dispo | Address | CITY | Unit | Officers | Report Number |
|---|---|---|---|---|---|---|---|---|---|
| 230218001002 | 23/02/18 | 21:24 | 945A | AO | 5839 PATTON ST | OAKLAND | | | |
| 230604000887 | 23/06/04 | 19:16 | 415F | UTL | 5839 PATTON ST | OAKLAND | 3L12 | OP9575 | |
| 230605001078 | 23/06/05 | 19:31 | 945A | AO | 5839 PATTON ST | OAKLAND | | | |
| 230711001149 | 23/07/11 | 21:29 | 459 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 230711001240 | 23/07/11 | 23:01 | BTINFO | BCAST | 5839 PATTON ST | OAKLAND | | | |
| 230722000557 | 23/07/22 | 13:09 | 10851 | RT | 5839 PATTON ST | OAKLAND | 1C53X | OP4911 | LOP230722037546 |
| 230722000650 | 23/07/22 | 14:32 | COMM | COMM | 5839 PATTON ST | OAKLAND | | | |
| 230723001095 | 23/07/23 | 21:30 | 243E | RT | 5839 PATTON ST | OAKLAND | 2L09 | OP9269 | LOP230723037800 |
| 230728000255 | 23/07/28 | 07:45 | 949 | GOA | 5839 PATTON ST | OAKLAND | 1A12 | OP10021 | |
| | | | | | | | | OP9969 | |
| 230813000387 | 23/08/13 | 10:01 | 422 | RTA | 5839 PATTON ST | OAKLAND | 1A12 | OP10021 | LOP230813041889 |
| | | | | | | | | OP9969 | |
| 230816000501 | 23/08/16 | 11:31 | 975 | CIV | 5839 PATTON ST | OAKLAND | 1L12 | OP10080 | |
| 230816001026 | 23/08/16 | 18:34 | 975 | COV | 5839 PATTON ST | OAKLAND | 2L11 | OP9717 | |
| 230817001173 | 23/08/17 | 21:28 | 975 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 230817001183 | 23/08/17 | 21:35 | 975 | RTAR | 5839 PATTON ST | OAKLAND | 3A08 | OP9978 | |
| | | | | | | | | OP10008 | |
| 230818001146 | 23/08/18 | 20:48 | 975 | GOA | 5839 PATTON ST | OAKLAND | 3L12 | OP9910 | |
| 230820000322 | 23/08/20 | 08:03 | 975 | GOA | 5839 PATTON ST | OAKLAND | 1L13 | OP9884 | |
| 230820001036 | 23/08/20 | 19:10 | 975 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 230820001232 | 23/08/20 | 21:46 | IA | IBC | 5839 PATTON ST | OAKLAND | | | |
| 230821000732 | 23/08/21 | 15:51 | 975 | RTAR | 5839 PATTON ST | OAKLAND | 2L09 | OP9269 | |
| 230903000824 | 23/09/03 | 17:00 | 975 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 230918000460 | 23/09/18 | 10:20 | 905 | GOA | 5839 PATTON ST | OAKLAND | 8C32 | OP4788 | |
| 230930000810 | 23/09/30 | 16:15 | 415F | RT | 5839 PATTON ST | OAKLAND | 1L12 | OP10080 | LOP231001051982 |
| 231009000401 | 23/10/09 | 09:22 | 975 | RTAR | 5839 PATTON ST | OAKLAND | 1A12 | OP9736 | |
| | | | | | | | | OP10080 | |
| 231011000301 | 23/10/11 | 07:36 | 975 | RTAR | 5839 PATTON ST | OAKLAND | 1L12 | OP10080 | |
| 231015000446 | 23/10/15 | 11:14 | 975 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 231016000414 | 23/10/16 | 10:00 | 975 | COV | 5839 PATTON ST | OAKLAND | 1L12 | OP10080 | |
| 231017000935 | 23/10/17 | 17:25 | IA | HAN | 5839 PATTON ST | OAKLAND | | | |
| 231030000359 | 23/10/30 | 08:59 | 273_6 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 231105000447 | 23/11/05 | 10:03 | 975 | CAN | 5839 PATTON ST | OAKLAND | | | |
| 231105000810 | 23/11/05 | 15:20 | 273_6 | GOA | 5839 PATTON ST | OAKLAND | 3L12 | OP9220 | |
| 231123000603 | 23/11/23 | 14:02 | INFO | CAN | 5839 PATTON ST | OAKLAND | | | |

Exhibit B

MC-025

| SHORT TITLE: Hawley v. Risby | CASE NUMBER: FALSE STATEMENT |
| --- | --- |

ATTACHMENT *(Number)*: DV-100, Item 5 Most Recent Abuse

*(This Attachment may be used with any Judicial Council form.)*

Jerome came home, I believe, intoxicated. I was half asleep watching a movie. I told him he could not use my car the following day because I needed it to complete paperwork for the new car/transfer after my car was stolen a few weeks back and still dealing with the after-effects of replacement/insurance, etc. He became upset and started yelling, saying his tools were in the car. I asked him to remove them and reminded him not to leave tools or any valuables in the vehicle due to the recent robberies of my house and car. He flipped out and started calling me names such as bitch, cunt, manipulator, and other profanities. I did not feel safe and went into my bedroom and locked the door. He continued to yell and curse at me, saying things such as, "you are a botch, fuck you, you will be a lone at 50." I heard items slamming while he yelled, "bitch I don't need your food." Referring to the dinner I cooked him. He continued yelling bitch, fuck you; I'll kill you, bitch." An over all rage of verbal slurs directed at me.

I left the following day to go for a walk. He heard me come in when I returned and slammed the office door. Each time he heard me move, he slammed the door harder. I asked him not to and said he couldn't do this in the house, and if he continued, he needed to leave, reminding him of my PTSD and the effects his behavior had on me. He came out of the room and continued to say fuck off fuck you, fuck off. I left the house and called the police.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ______ of ______

*(Add pages as required)*

STATEMENT Leroy RESPONSE TO DV

Case Number:

Exhibit E

## (13) ☐ Order to Move Out

a. I ask the judge to order the person in (2) to move out of the home, located at:
*(Give address)*: ______

b. I have a right to live at this address because:

*(Check all that apply)*

- ☐ I own the home.
- ☐ My name is on the lease.
- ☐ I live at this address with my child(ren).
- ☑ I have lived at this address for 4 years, ______ months.
- ☐ I pay for some or all the rent or mortgage.
- ☐ Other *(please explain)*: ______

## (14) ☐ Other Orders

*(Describe any additional orders you want the judge to make to keep you, your children, or the people in (8) safe.)*:
Return my cell phone number or releases it. Return any remain belongings, and property, Pay the storage fees for both towed classic cars, pay for my storage costs since illegally evicting me using your false statements, and repay Sean Critchalow 5000.00 and john LaChapell 1000, return the fiat car until i get a replacement per the contract, and damages the court finds appropriate. And provide me with an applogiy for all your mean, malice gross actions.. And Pay me for the apartment I built for us a and was supposed to benefit from for and the household contribution which only you will benefit from until your property is sold.

## (15) ☐ Child Custody and Visitation

(Check this box if you have a child with the person in (2) and want the judge to make or change a child custody or visitation order. **You must fill out** form DV-105, ***Request for Child Custody and Visitation Orders*****, and attach it to this form.)**

Orders that you can request on form DV-105 include:

- Child custody
- Stop person in (2) from accessing your child's school or medical information
- No visits with your children
- Supervised (monitored) visits with your children
- Unsupervised (unmonitored) visits with your children

This is not a Court Order.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Hayward Hall of Justice, Department 502

JUDICIAL OFFICER: HONORABLE ARMANDO PASTRAN JR.

Courtroom Clerk: Jennifer Madison — CSR: Debbie Trujillo

**23FL046623** — January 29, 2024 9:00 AM

**HAWLEY**
**vs**
**RISBY**

## MINUTES

**APPEARANCES:**

Petitioner Rebecca Hawley appearing via virtual conference in pro per.
Respondent Jerome Steven Risby appearing via virtual conference in pro per.

**NATURE OF PROCEEDINGS: Domestic Violence Restraining Order Hearing**

(Petitioner) Rebecca Hawley is sworn and testifies under Direct Examination.

(Respondent) Jerome Steven Risby is sworn and testifies under Direct Examination.

The matter appears on calendar continued from January 3, 2024 for Petitioner's Request for Domestic Violence Restraining Order filed October 11, 2023.

The Court finds, based on the preponderance of the evidence, that Petitioner has met her burden of proof and grants a one year restraining order.

The Request for Domestic Violence Restraining Order is GRANTED.

The protected person's name is Rebecca Hawley.

The restrained person's name is Jerome Steven Risby.

The orders end on midnight on 01/29/2025.
Hearing held on: 01/29/2024

The restrained person cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited item: firearms; firearm parts (receiver, frame, or unfinished receiver or frame as defined in Penal Code section 16531); and ammunition.
The restrained person must:
Sell to, or store with, a licensed gun dealer, or turn in to a law enforcement agency, any prohibited items within his or her immediate possession or control. Do so within 24 hours of being served with this order.

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

Within 48 hours of receiving this order, file with the court a receipt that proves all prohibited items have been turned in, sold, or stored. (Form DV-800, Receipt for Firearms, Firearm Parts, and Ammunition, may be used for the receipt.) Bring a court filed copy to the hearing.

Jerome Steven Risby must not take any action to look for any person protected by this order, including their addresses or locations.

Jerome Steven Risby must not contact protected person directly or indirectly, by any means, including by telephone, mail, email, or other electronic means.

The restrained person must stay at least 100 yards away from:
Rebecca Hawley;

The protected and restrained persons were at the hearing or agreed in writing to this order. No other proof of service is needed.

Certificate of Mailing is attached.

By: J. Madison, Deputy Clerk
Minutes of: 01/29/2024
Entered on: 01/29/2024

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Hayward Hall of Justice 24405 Amador Street, Hayward, CA 94544 | FILED Superior Court of California County of Alameda 01/29/2024 Chad Finke, Executive Officer/Clerk of the Court By: Deputy J. Madison |
| PLAINTIFF/PETITIONER: Rebecca Hawley | |
| DEFENDANT/RESPONDENT: Jerome Steven Risby | |
| CERTIFICATE OF MAILING | CASE NUMBER: 23FL046623 |

**I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Domestic Violence Restraining Order Hearing) upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in , California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.**

Rebecca Hawley
5839 Patton Street
Oakland, CA 94618

Jerome Steven Risby

Chad Finke, Executive Officer / Clerk of the Court

Dated: 01/29/2024

By:

J. Madison, Deputy Clerk

**CERTIFICATE OF MAILING**

ON SCENE OFFICER    Exhibit D

OAKLAND PD    PAGE: 000009

Date: 11/23/23 Time: 14:04    Requested By: SUPERVISOR

INCIDENT RECALL

Incident | Time | Type | Pri | Dispo | Address / Location | Bldg Apt | Callers Name / Callers Address / Callers Phone | P-unit | Close Date/ Time | Operator

BEAT TEAM/Dist AREA

23/08/13 11:37 1A12 REQ SGT FOR SAA - 1L72 CD 6, ENR 28 C11
23/08/13 11:37 Stat OP/1L72 ER Loc: 962X W/AT SAFEWAY AT CLAREMONT -- C11
23/08/13 11:38 Report Num: Fmt-05 LOP230813041889 - ADDED TO EVENT By: OP/1L10 SURVINE, DIAMOND
23/08/13 11:48 Stat OP/1L72 OS Loc: 962X W/AT SAFEWAY AT CLAREMONT -- C11
23/08/13 11:53 Stat OP/1T21 AV C11
23/08/13 11:53 Disposition CHANGED To: COV MAIN C11
23/08/13 11:56 Stat OP/1L72 AV C11
23/08/13 11:56 Disposition CHANGED Fr: COV To: SAA MAIN C11
23/08/13 12:30 1A12- PTY IC FRM PATTON/CHABOT TO ACH STARTING MILES/ 66818.9 26 C05
23/08/13 12:40 Stat OP/1L10 OS Loc: 962X W/AT SAFEWAY AT CLAREMONT -- REYES, RUBEN
23/08/13 12:41 1A12- AT ACH ENDING MILES 66824.4 26 C05
23/08/13 12:54 Stat OP/1A12 AV C27
23/08/13 12:54 Disposition CHANGED Fr: SAA To: RT MAIN C27
23/08/13 13:04 Stat OP/1L10 AV C27
23/08/13 13:04 Route Closed: MAIN COV UNKNOWN
23/08/13 13:04 Disposition CHANGED Fr: RT To: COV MAIN C27
23/08/13 13:04 Incident Closed: 23/08/13 13:04 UNKNOWN
23/08/13 13:09 Disposition CHANGED Fr: COV To: RTA C13
23/08/13 15:06 Primary Event: MAIN Reopened: 23/08/13 15:06 Last Closed: 23/08/13 13:09 28 C88
23/08/13 15:06 Incident reopened, original close date: 23/08/13 original close time: 13:04 C88
23/08/13 15:06 Stat OP/1A12 ER Loc: 962X W/AT SAFEWAY AT CLAREMONT -- C88
23/08/13 15:06 Primary unit To: OP/1A12 C88
23/08/13 15:06 Stat OP/1A12 OS Loc: 962X W/AT SAFEWAY AT CLAREMONT -- C88
23/08/13 15:17 Command: UO Operator: OP/C88 Console: 28 Unit: OP/1A12 UNKNOWN
23/08/13 16:57 Stat OP/1A12 AV C42
23/08/13 16:57 Route Closed: MAIN RTA UNKNOWN
23/08/13 16:57 Disposition CHANGED To: RTA MAIN C42
23/08/13 16:57 Incident Closed: 23/08/13 16:57 UNKNOWN

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LOP230813000387.

230816000501 11:31 975 2 CIV 5839 PATTON ST JEROME RISBY OP/1L12 23/08/16 12:53 OPC52

12Y 02 P1 [redacted]

Date Time    Operator

23/08/16 11:31 Primary Event: MAIN Opened: 23/08/16 11:31 09 C52
23/08/16 11:31 Incident Initiated By: OP/C52 C52
23/08/16 11:31 RP WANTS 975 TO PICK UP MC CYL FROM THIS 926-- TRO IN PLACE-- TRO SAYS RP 09 C52
23/08/16 11:31 CAN GO WITH A OFFICER-- 09 C52
23/08/16 11:31 CALLER DISCONNECTED . 09 C52
23/08/16 11:40 BL 23 C41
23/08/16 11:45 Stat OP/1L12 ER Loc: 5839 PATTON ST C41
23/08/16 11:45 Primary unit To: OP/1L12 C41
23/08/16 11:46 Stat OP/1T11 ER Loc: 5839 PATTON ST C41

OAKLAND PD PAGE: 000010
Date: 11/23/23 Time: 14:04 Requested By: SUPERVISOR

INCIDENT RECALL

| Incident | Time | Type | Pri | Dispo | Address / Location | Bldg Apt | Callers Name / Callers Address / Callers Phone | P-unit | Close Date/ Time | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BEAT TEAM/Dist AREA | | | | | |

23/08/16 12:08 1L12 REQ CB - VM ON CB LEFT MSG 25 C68
23/08/16 12:09 ANOTHER CALL FROM RP - STILL OS - ADVD UNITS ERT 12 C14
23/08/16 12:09 RP IS UNDER FREEWAY IN BMW SIL 12 C14
23/08/16 12:10 RP IS USING A BORROWED PHONE 12 C14
23/08/16 12:11 Stat OP/1T11 OS Loc: 5839 PATTON ST ALEVIZOS, YIANNI
23/08/16 12:43 Unit OP/1T11 Freed From Incident C41
23/08/16 12:53 Stat OP/1L12 AV C14
23/08/16 12:53 Route Closed: MAIN CIV UNKNOWN
23/08/16 12:53 Disposition CHANGED To: CIV MAIN C14
23/08/16 12:53 Incident Closed: 23/08/16 12:53 UNKNOWN
23/08/16 19:21 ANOTHER CALL CANCEL RP WILL CB ANOTHER TIME 01 C60

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LOP230816000501.

| Incident | Time | Type | Pri | Dispo | Address | Callers Name | P-unit | Close Date/Time | Operator |
|---|---|---|---|---|---|---|---|---|---|
| 230816001026 | 18:34 | 975 | 2 | COV | 5839 PATTON ST | JEROME RISBY | OP/2L11 | 23/08/16 20:24 | OPC41 |
| | | | | | 12Y 02 P1 | NO PHONE | | | |

| Date | Time | Entry | | | Operator |
|---|---|---|---|---|---|
| 23/08/16 | 18:34 | Primary Event: MAIN Opened: 23/08/16 18:34 | | 08 | C41 |
| 23/08/16 | 18:34 | Incident Initiated By: OP/C41 | | | C41 |
| 23/08/16 | 18:34 | 962 RP WAITING AT BROADWAY & HWY 24 OVERPASS ON BLU & WHI MOTORCYCLE.. RP | | 08 | C41 |
| 23/08/16 | 18:34 | IS MB 50YRS WEARING BLK HELMET RED SHI NEEDS OFCR TO STANDBY WHILE PICKS | | 08 | C41 |
| 23/08/16 | 18:34 | UP PROPERTY FRM 5839 PATTON ST | | 08 | C41 |
| 23/08/16 | 19:04 | LOP230816001026 timed out queue updated | | | UNKNOWN |
| 23/08/16 | 19:52 | Stat OP/2L11 ER | Loc: 5839 PATTON ST | | C44 |
| 23/08/16 | 19:52 | Primary unit | To: OP/2L11 | | C44 |
| 23/08/16 | 19:52 | 2L11 CD4 | | 44 | C44 |
| 23/08/16 | 19:54 | Stat OP/2L12 ER | Loc: 5839 PATTON ST | | C44 |
| 23/08/16 | 20:00 | Stat OP/2L12 OS | Loc: 5839 PATTON ST | | C44 |
| 23/08/16 | 20:02 | 2L12 REQ CB - ADV UNIT NO PHONE NUMBER LISTED, UNABLE TO CB - 2L12 ADV SO | | 26 | C19 |
| 23/08/16 | 20:02 | FAR GOA | | 26 | C19 |
| 23/08/16 | 20:23 | Stat OP/2L12 AV | | | RUCKER, KEVIN |
| 23/08/16 | 20:23 | Disposition CHANGED | To: GOA MAIN | | RUCKER, KEVIN |
| 23/08/16 | 20:24 | Stat OP/2L11 AV | | | RODRIGUEZ,BRAYAM |
| 23/08/16 | 20:24 | Route Closed: MAIN COV | | | UNKNOWN |
| 23/08/16 | 20:24 | Disposition CHANGED Fr: GOA | To: COV MAIN | | RODRIGUEZ,BRAYAM |
| 23/08/16 | 20:24 | Incident Closed: 23/08/16 20:24 | | | UNKNOWN |

==== Vehicle / Subject Information ====

NO VEHICLE OR SUBJECT RECORDS FOR EVENT LOP230816001026.

230817001173 21:28 975 2 CAN 5839 PATTON ST 23/08/17 OP49

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

Incident Number: 23-041889

## Modus Operandi

Against Persons: [redacted]
Against Property: [redacted]
Occupied: [redacted]
General Premise 1:
General Premise 2:
Specific Premise:
Surrounding Area 1:
Surrounding Area 2:
Surrounding Area 3:
Relationship to Suspect 1:
Relationship to Suspect 2:
Weapon Type 1: [redacted]
Automatic: [redacted]
Weapon Type 2: [redacted]
Automatic: [redacted]
Weapon Type 3:
Automatic: [redacted]

### Crime Against Property

# of Premises Entered:
Entry Point:
Exit Point:
Entry Loc 1:
Exit Loc 1:
Entry Loc 2:
Exit Loc 2:
Entry Method 1: [redacted]
Exit Method 1:
Entry Method 2:
Exit Method 2:
Entry Tool 1:
Exit Tool 1:
Entry Tool 2:
Exit Tool 2:
Vehicle Entry:
Safe Entry:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Additional Factor 1:
Additional Factor 2:
Additional Factor 3:
Additional Factor 4:
Additional Factor 5:
Security Type:
Victim Location:
Electronic Locks: [redacted]
Video Surveillance: [redacted]
Maid:
Inspectress:

### Crime Against Persons

Pre-incident Contact 1:
Pre-incident Contact 2:
Pre-incident Contact 3:
Victim Condition 1:
Victim Condition 2:
Victim Condition 3:
Victim Condition 4:
Victim Condition 5:
Suspect Solicited 1:
Suspect Solicited 2:
Suspect Pretended to Be:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Sex Crime 1:
Sex Crime 2:
Sex Crime 3:
Sex Crime 4:
Sex Crime 5:
Vehicle Involvement 1:
Vehicle Involvement 2:

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



## Narratives

ENTERED DATE/TIME: 8/13/2023 11:42:00
SUBJECT: SYNOPSIS

PC422 - CRIMINAL THREATS THREATED CRIME W/INTENT TO TERRORIZE
IC
Sgt K. Clement
UOF Level 4 type 32

---

ENTERED DATE/TIME: 8/13/2023 11:42:00
SUBJECT: FBR NARRATIVE

Nature of Relationship: [redacted]

Victim Relocated to an Alternate Shelter: [redacted]

Dates of Previous Incidents (Month/Year): [redacted]

Total Reported Incidents: [redacted]

Restraining Order in Effect: [redacted]

Domestic Violence Resource Card Given: [redacted]

If misdemeanor case, was the victim advised of citizen's arrest procedures? [redacted]

If the victim refuses to prosecute, list reasons: [redacted]

Victim advised to notify the investigator of any address or phone number changes: [redacted]

On 13 Aug 23, I was working as OPD patrol 1A12 with my partner Ofc H. Cajucom #9969. We were both wearing our full OPD uniforms and operating out of a fully marked patrol vehicle #1438. At approximately 1034 hrs, Ofc Cajucom and I were dispatched to [redacted] PATTON ST, on a report of male with a mental health issue. Dispatch then advised Ofc Cajucom and I the location of the reporting party re locating to 6310 College Ave (Safeway) for a report. Dispatch advised us of the following details:

OP/1A12 15:06 10:01 No 1 Incident Initiated By: OP/C08
Original Location : AT&T MOBILITY 8006356840
962X - [redacted] :RISEY,JEROME,MB,56,DOB [redacted] ,5'11,THIN BLD,NO
SHIRT,GRY SWEATPANTS..UNDIAGONSED MENTAL ILLNESS,AND USES METH..HAS BEEN
PARANOID,MORE HIGHTEN DUE TO RECENT BREAK IN,... [redacted] WAS VERBALLY

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



CREATING/SLAMMING DOORS

- NOTHING PHYSICALLY ABUSE TODAY [redacted] THREATN
TO KILL LAST NIGHT. NO IN HIS HANDS,BUT HE DOES HAVE MACHETE BY FRNT
DOOR,LARGER KN ON THE RIGHT SIDE BED,AND HAS 2 PELLET GUN INSIDE HIS
OFFICE.
***962X W/RP AT CLAREMONT SAFE PLOT -- RP WAITING IN A RP WAITING IN A
FIAT 500 SIL...RP ALSO HAS PTSD DUE TO PAST DOMESTIC VIOLATION
*SAFEWAY ADDD ISS 6310 COLLEGE AV
****PLS 914 WHEN ERT TO SAFEWAY PLOT

-
FOR THE RECORD RP LEFT THE HSE TO GET AWAY FRM SUBJ,RP WANTS SUB REMOVED
AND GET MENTAL HEALTH HELP
Primary unit To: OP/1L10
1L10 CIT
1A12 XTEND TIME FOR ALL UNITS
1A12- RECODE TO A 422 - RELOCATING TO [redacted] PATTON ST
1A12- ATT TO KNOCK/TALK - NO NEED FOR THE AIR
1A12 1 DETAINED
1X72 COPIES
1A12 LOG LEVEL 4 TYPE 32 FOR BOTH HALVES & FOR 1L10 - 1X72 COPIES
1A12 REQ SGT FOR SAA - 1L72 CD 6, ENR
Report Num: Fmt-05 LOP230813041889 - ADDED TO EVENT.

---

Ofc Cajucom and I arrived at 6310 College Ave. On scene I observed 1T21 Ofc D. Survine speaking to the victim later ID'ed as [redacted] (V1). V1 reported that her [redacted] RISBY, Jerome (S1) needed a psychiatric evaluation. V1 reported that S1 has an undiagnosed mental health problem, TBI (traumatic brain injury) and a family history of Psychiatric issues. V1 provided me a BWC statement of the following details below (Not verbatim):

V1 and S1 [redacted]. V1 and S1 [redacted] On 12 Aug 23 at approximately 2200 hrs, V1 was located inside her residence at [redacted] PATTON ST when S1 came home. V1 believed S1 was inebriated with alcohol or drugs. V1 observed S1 with a bottle of wine, but was unsure if it was open or closed. V1 advised S1 that she needed the car in the morning and to remove his tools from within the vehicle. V1 reported that S1 began slamming things and yelling at her. S1 yelled towards V1 such as "bitch","cunt" and several other names.

Due to the confrontation V1 re located upstairs at [redacted] PATTON ST. While up stairs, V1 heard S1 state "I will kill

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



you". V1 advised she was in fear for her life and believed S1 had the means to commit harm to her. V1 locked her bedroom door and remained upstairs till next day.

V1 believed the threats were creditable due to a physical altercation in July 2023 between S1, [redacted], and his possible psychiatric/ drug history. V1 advised that S1 was the sole suspect of the domestic violence incident in July. V1 reported that S1 owns two(2) pellet guns and keeps a machete near his bedroom door. V1 wanted S1 evicted and requested a stay away order. V1 reported she is in fear of S1 and wanted to press charges. V1 can identify S1.

V1 advised me today on 13 Aug 23, V1 left her home [redacted] PATTON ST to go on a walk and grab coffee. V1 reported she returned home S1 began cursing at her and slamming his office doors. V1 confronted S1 about the slamming door which escalated into a verbal argument. V1 reported she left her home and re located to 6310 College Ave for a police report where Ofc Cajucom and I later met her.

Ofc Cajucom conducted a search of Vision reports and located a report submitted by V1, RD#23-037800 PC (E)(1) - domestic battery. Upon reading the report, on 23 July 23 at approximately 2136 hrs a domestic violence incident occurred between V1 and S1 at [redacted] PATTON ST. The report read the following (Not verbatim):

V1 was at [redacted] PATTON ST V1 when S1 arrived home at the same location intoxicated and under the influence of an unknown drug. V1 reported that S1 was acting erratic. A confrontation began between S1 and V1 which lead to S1 to proceeding to grab V1's laptop from the coffee table and slam it on the ground. V1 also advised that S1 grabbed her cellular telephone from the coffee table and threw it at her. The cellular telephone hit V1 on her left side of her forehead. See main report for further details RD#23-037800.

V1 provided me a picture of S1. I took a photo of S1 using my duty issued cell phone.

Ofc Cajucom, Ofc Survine, Ofc R,REYES and I re located with V1's to her address to make contact with the suspect at [redacted] PATTON ST. V1 believed S1 was still inside the address due to them sharing a vehicle. V1 reported that S1 need a psychiatric evaluation due to his drug, alcohol, physical abuse against her, and a possible un diagnosed mental health diagnoses. Ofc Cajucom, Ofc Survine,Ofc R,REYES and I devised a plan to knock and announce ourselves as Oakland police Officers in order to detain S1. Based off of V1's statement, S1 was arrest able for PC 422- CRIMINAL THREATS THREATED CRIME W/INTENT TO TERRORIZE.

Upon arrival V1 gave verbal permission to Ofc Cajucom, Ofc Survine and Ofc R,REYES and I to unlock her front door and enter into her home. Officer's made their approach to the front font door at [redacted] PATTON ST. Ofc Cajucom/ Ofc Reyes knocked and announced ourselves as Oakland police Officer's and unlocked the front door. Ofc Cajucom/ Ofc Reyes continued to give announcements. S1 approached the front door from within the residence of [redacted] PATTON ST with no shirt, sweat pants, and brown shoes. S1 advised Officer's that he "needed some shoes" while walking back into his home. Officer Reyes gave S1 multiple commands to step outside and not to enter the home which was refused by S1.

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



As S1 attempted to walk into his home, for Officer safety due to the possible weapons reported by V1, Officers elected to enter the home and proceed towards S1. Due to the unknown possibilities of Officer safety, losing sight of S1, and the reported weapons inside, I elected to enter the home and grab a hold of S1's right arm.

Ofc Reyes grabbed a hold of S1 and advised him to place his hands behind his back. While on S1's right side and I placed my hands on his wrist. With my hands on his right wrist, I felt S1's forearm muscles flex and move right shoulder forward away from me. S1 then clenched his fist closed and proceeded to resist by moving his hands forwards towards his chest region. During this time S1 was actively resisting and given multiple commands to stop resisting. I believed at the time S1 was attempting to break free of my grasp/detainment.

I counteracted S1's resistance, by holding his right arm still and forcing his right hand behind his back. (UOF level 4 type 32). Once S1's arms were behind his back Ofc Reyes attempted to place his duty issued handcuffs onto S1 with negative results due to S1's forceful resistance.

Officers continued to give multiple commands to S1 to stop resisting. S1 muscles continued to flex and attempted to pull his arm away from me. I held S1's arm behind his back in place as S1 resisted against Ofc Reyes (UOF Level 4 type 32). Ofc Reyes was able to place his hand handcuffs onto S1. Once S1's was handcuffed, I de escalated my use of force by placing my left hand onto V1's bi cep.

Ofc Reyes checked for fit and double locked S1's handcuffs. S1 willingly walked towards our patrol vehicle #1438. Ofc Reyes performed a full search incident to arrest with negative results of any firearms and contraband. I advised S1 on the special order 9205 questions with negative results. S1 willingly sat in the rear of our patrol vehicle #1438.

Ofc Survine advised Oakland dispatch of our detainment.

Ofc cajucom advised Oakland dispatch of the Use of Force.

I conducted a file check of S1 through Wants and Warrants which was negative for any Warrants.

I then conducted a file check through CRIMS with the following results:

[redacted]

[redacted]

Ofc Cajucom conducted a psychiatric evaluation of S1. S1 denied wanting to hurt himself and others. Ofc Cajucom deemed that S1 did not meet the criteria for a psychiatric hold.

Ofc Cajucom admonished S1 of his Miranda rights via OPD statement form. S1 waived his rights and provided Ofc Cajucom with a BWC statement (Not verbatim):

S1 stated that he had gotten into an argument with V1 sometime last night (12 AUG 23). S1 does not recall exactly what time but stated they were arguing about insurance claims. S1 believed that V1 was attempting to scam insurance companies and did not want S1 to be directly involved.

S1 explained that he was frustrated and told V1 "I'm fucking over it" and "I'm over this shit". S1 explained that he did not threaten V1 in anyway and stated that V1's allegations were all fiction. S1 also stated that he believed V1 was trying to get him kicked out of the residence to prevent him from stopping her insurance scam. See Ofc Cajucom BWC and supplemental for further details.

V1 was given an RD#, marsy's cards, and domestic violence card. V1 positively ID'ed the person in police custody was S1.

Ofc Reyes submitted and completed a CAR to Santa Rita Jail in Dublin, California. Ofc Survine submitted and

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



completed the field contact report.

1L72 Sgt J. Clement #8104 arrived on scene and approved the arrest.

I contacted the on-duty Judge E. Riles to seek an emergency protective order. Judge E. Riles granted S1 as the restrained person and V1 as the protective person. Judge E. Riles granted the following:

- S1 must not harass, attack, strike, threaten, assault, hit, stalk, destroy property of ETC. Section 3A

- S1 must not contact. Section 3B

- S1 must stay away at least 100 yards from V1 and the residence and move out immediately. Section 3C

The emergency protective order expires on 18 Aug 23.

S1 was advised by Officer Cajucom of the emergency protective order and placed the copy with his property. Ofc Cajucom also gave V1 her copy of the protective order.

I canvassed the area for any weapons or survielance cameras. Due to the incident occurring inside the residence, there were no cameras or witnesses located inside.

Ofc Cajucom and I transported S1 to Santa Rita jail in Dublin, California for booking

On the above date and time, V1 and S1 [redacted]

V1 advised S1 that she needed the car in the morning and to remove his tools from the vehicle. V1 reported that S1 began slamming things and verbally abusive towards her. V1 then re located into her up stairs bedroom when S1 yelled "I will kill you". V1 believed her life was in danger and S1 had the means producing harm. V1 believed the threat was creditable due to the report domestic violence report and undiagnosed psychiatric diagnoses. S1 was subsequently placed into police custody. Officer's acquired a emergency stay away order as S1 is the restrained person against V1. V1 wanted to press charges.

BWC activated.
No known witnesses.

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



## Signatures

Reporting Officer ____________________ Date

Supervisor ____________________ Date

Printed by: osj4542
Printed date/time: 9/17/24 5:19

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

**Incident Number: 23-041889-001**

## Incident Summary

Incident Type:
Report Type: INCIDENT REPORT
Inc Occurred Address: [redacted] PATTON ST, OAKLAND, CALIFORNIA 94618
Sector/Beat: CCD1/12Y
Inc Occurred Start: 08/13/2023 10:01 Inc Occurred End: 08/13/2023 10:01
Report Taken:
Domestic: N Bias Motivation: Gang Related: N Substance: U
Contact Nature: YES Reported Date/Time: 08/13/2023 10:01
Reporting Officer: REYES, RUBEN Primary Assigned Officer:
Case Status: Disposition: Disposition Date:

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| REPORTING OFFICER | 9736 | | REYES, RUBEN | |
| REVIEWER | 8506 | | BURKE, DAVE | |
| REPORTING OFFICER'S SUPERVIS | 8104 | | CLEMENT, JOHN | |

## Persons Involved

Person#: 0001 MNI: 1068791 Can ID Suspect: No
Event Association: SUSPECT Contact Date/Time: 08/13/2023 10:01
Name: RISBY, JEROME STEVEN
SSN: DOB[redacted] Age: 56 - 56 Sex: MALE Race: BLACK
Height: 5' 11" - 5' 11" Weight: 179 - 179 lbs Eye Color: BROWN Hair Color: BLACK
Address: [redacted] Sector/Beat: CCD1/12Y
Phone Type 1: HOME Phone# 1: [redacted] Ext 1:
Phone Type 2: HOME Phone# 2: [redacted] Ext 2:
DL State: CALIFORNIA DL#: [redacted] DL Exp. Date: [redacted]
Occupation: Employer/School:

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| FACIAL HAIR | UNSHAVEN | |
| CLOTHING | | NO SHIRT, SWEATPANTS, NO SHOES. |

Person#: 0002 MNI: 2677802 Can ID Suspect: No
Event Association: VICTIM *Contact Date/Time:* 08/13/2023 11:00
Name: [redacted]
SSN: DOB: [redacted] Age: 50 - 50 Sex: FEMALE Race: WHITE
Height: 5' 2" - 5' 2" Weight: 100 - 100 lbs Eye Color: BROWN Hair Color: BROWN
Address: [redacted] Sector/Beat: CCD1/12Y
Phone Type 1: CELL Phone# 1: [redacted] Ext 1:
Phone Type 2: CELL Phone# 2: [redacted] Ext 2:
DL State: CALIFORNIA DL#: [redacted] DL Exp. Date: [redacted]
Occupation: [redacted] Employer/School:

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

Incident Number: 23-041889-001

## Modus Operandi

Against Persons: [redacted]
Against Property: [redacted]
Occupied: [redacted]
General Premise 1:
General Premise 2:
Specific Premise:
Surrounding Area 1:
Surrounding Area 2:
Surrounding Area 3:
Relationship to Suspect 1:
Relationship to Suspect 2:
Weapon Type 1: [redacted]
Automatic: [redacted]
Weapon Type 2:
Automatic: [redacted]
Weapon Type 3:
Automatic: [redacted]

### Crime Against Property

# of Premises Entered:
Entry Point:
Exit Point:
Entry Loc 1:
Exit Loc 1:
Entry Loc 2:
Exit Loc 2:
Entry Method 1:
Exit Method 1:
Entry Method 2:
Exit Method 2:
Entry Tool 1:
Exit Tool 1:
Entry Tool 2:
Exit Tool 2:
Vehicle Entry:
Safe Entry:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Additional Factor 1:
Additional Factor 2:
Additional Factor 3:
Additional Factor 4:
Additional Factor 5:
Security Type:
Victim Location:
Electronic Locks: [redacted]
Video Surveillance: [redacted]
Maid:
Inspectress:

### Crime Against Persons

Pre-incident Contact 1:
Pre-incident Contact 2:
Pre-incident Contact 3:
Victim Condition 1:
Victim Condition 2:
Victim Condition 3:
Victim Condition 4:
Victim Condition 5:
Suspect Solicited 1:
Suspect Solicited 2:
Suspect Pretended to Be:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Sex Crime 1:
Sex Crime 2:
Sex Crime 3:
Sex Crime 4:
Sex Crime 5:
Vehicle Involvement 1:
Vehicle Involvement 2:

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



## Narratives

ENTERED DATE/TIME: 8/13/2023 10:01:00
SUBJECT: SYNOPSIS
AUTHOR: REYES, RUBEN

LEVEL 4-TYPE 32 UOF

SUPPLEMENTAL REPORT.

---

ENTERED DATE/TIME: 8/13/2023 10:01:00
SUBJECT: FBR NARRATIVE
AUTHOR: REYES, RUBEN

Narrative:

On 13 Aug 23, at approximately 1024 hours, I was working as OPD patrol unit 1L10. I was wearing full OPD utility uniform and I was driving fully marked OPD patrol vehicle #1462. On the above date and time I was dispatched to the Safeway at 6310 College Avenue on a report of criminal threats and someone possibly suffering from a mental health crisis.

The following information was provided on CAD:

962X -[redacted]:RISEY,JEROME,MB,56,DOB[redacted],5'11,THIN BLD,NO SHIRT, GRY SWEATPANTS.. UNDIAGONSED MENTAL ILLNESS,AND USES METH..HAS BEEN PARANOID, MORE HIGHTEN DUE TO RECENT BREAK IN,... [redacted] WAS VERBALLY CREATING/SLAMMING DOORS...NOTHING PHYSICALLY ABUSE TODAY.[redacted] THREATN TO KILL LAST NIGHT. NO IN HIS HANDS, BUT HE DOES HAVE MACHETE BY FRNT DOOR, LARGER KN ON THE RIGHT SIDE BED, AND HAS 2 PELLET GUN INSIDE HIS OFFICE.***962X W/RP AT CLAREMONT SAFE PLOT -- RP WAITING IN A RP WAITING IN A FIAT 500 SIL...RP ALSO HAS PTSD DUE TO PAST DOMESTIC VIOLATION *SAFEWAY ADDD ISS 6310 COLLEGE AV ****PLS 914 WHEN ERT TO SAFEWAY PLOT*****FOR THE RECORD RP LEFT THE HSE TO GET AWAY FRM SUBJ, RP WANTS SUB REMOVED AND GET MENTAL HEALTH HELP.

Upon arrival, officers contacted [redacted] (V1) who advised her [redacted] JEROME RISBY (S1) threaten to kill her last night. [redacted] advised she believed S1's threats were credible and that she did not feel safe being at home with S1. See Ofc. L. Woodall's AXON BWC statement for further information.

Officers later relocated to [redacted] Patton Street in the attempt to contact S1 and take S1 into custody for 422PC-CRIMINAL THREATS. [redacted] provided officers with the key to the front door of her residence and gave officers consent to open it.

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



Ofc. H. Cajucom 9969 used the key to open the front door and we immediately identified ourselves as the Oakland Police. Officers requested S1 to come to the front door and moments later S1 walked towards the front door and stopped while inside. I requested S1 to step outside the residence and S1 advised he needed to grab his shoes and shirt before stepping out to speak with officers.

S1 turned and began walking towards the bedrooms and I stepped inside the residence and grabbed onto S1's left wrist and left arm.

LEVEL 4-TYPE 32 UOF:

I overcame S1's resistance while attempting to place S1's left arm and hand behind his back in order to safely place handcuffs on his wrists. S1 tensed up both of his arms and was refusing to place it behind his back. S1 also attempted to pull his left arm towards the front of his body.

Ofc. Woodall and Ofc. Cajucom assisted me by grabbing onto S1's right arm and placing it behind S1's back. I was able to safely handcuff S1's left and right wrist without incident. I deescalated my use of force once I placed S1 in handcuffs and S1 was no longer resisting.

I conducted an incident to arrest search of S1's person with negative results.

I escorted S1 to Ofc. Woodall's and Ofc. Cajucom's (1A12) patrol vehicle. S1 advised the handcuffs were too tight therefore I adjusted the handcuffs and checked the handcuffs for proper fit. I then double locked both handcuffs and placed S1 in the rear seat of the patrol vehicle without incident. This was captured on my AXON BWC statement.

Ofc. Woodall checked on the well-being of S1 and asked the Special Order 9205 medical questions.

OPD Dispatch and Sgt. D. Burke 8506 were advised of my Level 4-Type 32 UOF.

S1 was later transported to Santa Rita Jail by Ofc. Woodall and Ofc. Cajucom without incident.

OPD ADMIN:

AXON BWC activated.

LEVEL 4- TYPE 32 UOF

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

Incident Number: 23-041889-001

## Signatures

| | |
|---|---|
| Reporting Officer | Date |
| Supervisor | Date |

Printed by: osj4542
Printed date/time: 9/17/24 5:19

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

**Incident Number: 23-041889-002**

## Incident Summary

Incident Type:
Report Type: INCIDENT REPORT
Inc Occurred Address: [redacted] PATTON ST, OAKLAND, CALIFORNIA 94618
Sector/Beat: CCD1/12Y
Inc Occurred Start: 08/12/2023 21:10
Inc Occurred End: 08/12/2023 21:10
Report Taken:
Domestic: N
Bias Motivation:
Gang Related: U
Substance: U
Contact Nature: YES
Reported Date/Time: 08/13/2023 15:14
Reporting Officer:
Primary Assigned Officer:
Case Status:
Disposition:
Disposition Date:

## Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| REPORTING OFFICER'S SUPERVIS | 8506 | | BURKE, DAVE | |
| REVIEWER | 8506 | | BURKE, DAVE | |

Printed by: osj4542
Printed date/time: 9/17/24 5:19

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

Incident Number: 23-041889-002

## Modus Operandi

Against Persons: ■
Against Property: ■
Occupied: ■
General Premise 1:
General Premise 2:
Specific Premise:
Surrounding Area 1:
Surrounding Area 2:
Surrounding Area 3:
Relationship to Suspect 1:
Relationship to Suspect 2:
Weapon Type 1:
Automatic: ■
Weapon Type 2:
Automatic: ■
Weapon Type 3:
Automatic: ■

### Crime Against Property

# of Premises Entered:
Entry Point:
Exit Point:
Entry Loc 1:
Exit Loc 1:
Entry Loc 2:
Exit Loc 2:
Entry Method 1:
Exit Method 1:
Entry Method 2:
Exit Method 2:
Entry Tool 1:
Exit Tool 1:
Entry Tool 2:
Exit Tool 2:
Vehicle Entry:
Safe Entry:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Additional Factor 1:
Additional Factor 2:
Additional Factor 3:
Additional Factor 4:
Additional Factor 5:
Security Type:
Victim Location:
Electronic Locks: ■
Video Surveillance: ■
Maid:
Inspectress:

### Crime Against Persons

Pre-incident Contact 1:
Pre-incident Contact 2:
Pre-incident Contact 3:
Victim Condition 1:
Victim Condition 2:
Victim Condition 3:
Victim Condition 4:
Victim Condition 5:
Suspect Solicited 1:
Suspect Solicited 2:
Suspect Pretended to Be:

Suspect Action 1:
Suspect Action 2:
Suspect Action 3:
Suspect Action 4:
Suspect Action 5:
Sex Crime 1:
Sex Crime 2:
Sex Crime 3:
Sex Crime 4:
Sex Crime 5:
Vehicle Involvement 1:
Vehicle Involvement 2:

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



## Narratives

ENTERED DATE/TIME: 8/13/2023 15:14:00
SUBJECT: SYNOPSIS

SUPPLEMENTAL
UOF Level 4: Type 32

---

ENTERED DATE/TIME: 8/13/2023 15:14:00
SUBJECT: FBR NARRATIVE

NARRATIVE:

On 12 AUG 23 at about 1041 hrs, I was working as OPD unit 1A12 with Ofc. Woodall 10021. We were wearing full OPD utilities uniform and operating out of OPD fully marked patrol vehicle 1438. We responded to 6310 College Ave (Safeway) on a report of a mental health evaluation.

Upon arrival at, we contacted V1 who provided Ofc. Woodall with a BWC statement.

V1 advised that she had gotten into an argument with S1 last night. S1 had threatened to kill her and V1 was in fear for her life. V1 wanted to press charges against S1. See Ofc. Woodall's BWC for further details.

V1 then advised that she wanted us to conduct a mental health evaluation on S1. V1 explained that she last saw S1 at her residence ([redacted] Patton St). V1 advised officers that S1 is known to be combative towards officers and has multiple weapons inside of the house including a machete, knives, and pellet guns.

Based off of V1's statement, we elected to arrest S1 for PC422- CRIMINAL THREATS THREATED CRIME W /INTENT TO TERRORIZE. We relocated to [redacted] Patton St to conduct a "knock and talk" with S1.

V1 provided me with her keys and gave me permission to open the front door in an attempt to call out S1.

I unlocked the front door and opened the door. Ofc. Reyes 9736 announced that we were OPD officers and requested to speak with S1 at the front door.

S1 came towards the front door and asked what was happening. We asked S1 to step outside to speak with us to which he replied that he needed to put his shoes on. S1 began to walk back towards the inside of the house.

Due to V1 advising us that S1 had been previously combative with officers and may possibly have multiple weapons in the house, we elected to detain him at the front door.

Ofc. Reyes commanded S1 to turn around and place his hands behind his back. S1 refused to comply with the commands and continued to walk towards the inside of the house. Ofc. Reyes and Ofc. Woodall then grabbed

on to S1's arms and told him to place his hand behind his back.

I heard both officers telling S1 to stop resisting. I observed S1 flexing his arms with a balled fist and was pulling away from both officers. Due to S1 actively resisting and that officers were having difficulty gaining control of S1, I elected to use force in order to gain control of S1.

I was standing directly in front of S1 and commanded him to stop resisting. I observed S1 continued to resist against officers by pulling his arms away. I placed my left hand on S1's right wrist. I felt S1 continue to pull away from Ofc. Woodall's grasp. I pushed S1's right wrist towards the small of his back (Level 4:Type 32). Ofc. Woodall and Ofc. Reyes were then able to place handcuffs on S1's wrists. Once I felt S1 had stopped trying to pull away from officers, I elected to de-escalate my use of force by letting go of his right wrist. See BWC for further details.

The handcuffs were checked for fit and double locked. S1 was asked his special order 9205 questions with negative results. Ofc. Reyes conducted a full search on S1 with negative results on contraband or weapons. S1 was then escorted to the rear of the patrol vehicle. S1 was then placed inside of the patrol vehicle without further incident.

I advised S1 that he was under arrest for PC422- CRIMINAL THREATS THREATED CRIME W/INTENT TO TERRORIZE. I read S1 his Miranda Rights to which he waived and provided a BWC statement of the following: (Not Verbatim)

S1 explained that he had [redacted] V1. S1 stated that he had gotten into an argument with V1 sometime last night (12 AUG 23). S1 does not recall exactly what time but stated they were arguing about insurance claims. S1 believed that V1 was attempting to scam insurance companies and did not want S1 to be directly involved. S1 explained that he was frustrated and told V1 "I'm fucking over it" and "I'm over this shit". S1 explained that he did not threaten V1 in anyway and stated that V1's allegations were all fiction. S1 also stated that he believed V1 was trying to get him kicked out of the residence to prevent him from stopping her insurance scam. S1 did not add anymore details to what occurred but stated that V1 was "manipulative". See BWC for further details.

I then conducted a mental health evaluation on S1 to see if he was a danger to himself, others or gravely disabled. S1 did not meet the criteria for a psychiatric hold.

Sgt. Burke 8506 was advised of my Level 4: Type 32 Use of Force.

Sgt. Clement 8104 arrived on scene and approved the arrest.

I collected S1's personal belongings from the residence as he requested it be taken with him to Santa Rita Jail. See BWC for further details.

OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021



Ofc. Woodall completed an EPO with V1 as a protected party and S1 as a restrained party. I served S1 with a copy of the EPO to which he acknowledged. I placed his copy with his property. I then provided V1 with a copy of the EPO to which she acknowledged.

Myself and Ofc. Woodall then transported S1 to Santa Rita Jail. ACSO accepted S1 and took him and his belongings into their custody.

OPD ADMIN:

No witnesses contacted.
My BWC was activated without delay.
Use Of Force: Level 4: Type 32

## Signatures

| | |
|---|---|
| Reporting Officer | Date |
| Supervisor | Date |



| Defendant's MRN Name | MRN PFN | Report Number |
|---|---|---|
| JEROME STEVEN RISBY | [redacted] | 23-041889 |

| Defendant's Last Name | First | Middle | Gen | PFN |
|---|---|---|---|---|
| RISBY | JEROME | STEVEN | | [redacted] |

| AKA / Nickname | Juvenile/ Arrest # | AJIS No. |
|---|---|---|
| | | |

| DOB | Age | POB | Height | Weight | Hair |
|---|---|---|---|---|---|
| [redacted] | 56 | CA | 511 | 179 | BLACK |

| Eyes | Race | Sex | Facial Hair | Marital Status | Pregnant | Photo Taken |
|---|---|---|---|---|---|---|
| BROWN | BLACK | MALE | Unshaven | NEVER | | 08/13/2023 |

| Arrest Date | Arrest Time | Salient Characteristics (SMT's) | ID Confirmed by |
|---|---|---|---|
| 08/13/2023 | 11:56 | | Jose Cabrera |

| Home Address | Court Date/Time |
|---|---|
| [redacted] | 08/16/2023 09:00 |

| Business / School Name | Business / School Address | Total Bail |
|---|---|---|
| | [redacted] | $50,000.00 |

| Home Phone | Business Phone | Cell Phone | Driver's License # | Social Sec # | Occupation |
|---|---|---|---|---|---|
| | | | [redacted] | | |

| CII # | FBI # | CMS Incident No | Keeper |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | Y |

Electronic Account Type and Value

Misc ID #

Clothing
NO SHIRT, SWEATPANTS, NO SHOES.

| Code Section | Attempted | M/F | Count | Court | CIR | Warrant # | CEN | Bail |
|---|---|---|---|---|---|---|---|---|
| 422(A) PC | N | F | 1 | ECH | 01 | | [redacted] | $50,000.00 |

Felony Bail Enhancements

| | Qty | | | Bail | Section and code number of prior strike conviction(s) |
|---|---|---|---|---|---|
| Total Felony Non-Strike Convictions: | | X $5,000 | Felony Non-Strike Bail Enhancement | | |
| 1 Felony Strike Conviction: | 1170.12(c)(1) P.C. Bail Enhancement $100K | | | | |
| 2+ Felony Strike Convictions: | 1170.12(c)(2) P.C. Bail Enhancement $500K | | | | |

| CP Beat | Incident No. | Supervisor on Scene | Arrest Approved by | Serial | Arrest Approval Time | No Known Witnesses |
|---|---|---|---|---|---|---|
| 12X | LOP230813000387 | Y | JOHN CLEMENT | 8104 | 08/13/2023 12:07:00 | |

| Reason Supervisor Not on Scene | Crime Report Detailed to |
|---|---|
| | |

| Location of Arrest | Court Jurisdiction |
|---|---|
| [redacted] PATTON ST OAKLAND CA (RESIDENCE) | NO. COUNTY (OAKLAND) |

Arresting Officer
RUBEN REYES 9736, Lee Woodall 10021, HAROLD CAJUCOM 9969

Transporting Officer
Lee Woodall 10021, HAROLD CAJUCOM 9969

| Submitting Officer / Badge# / Agency | Agency Phone | Agency Fax | Duty Station |
|---|---|---|---|
| RUBEN REYES / 9736 / OAKLAND PD | (510) 238-3455 | (510) 777-8826 | |

Notes

| Admonished | By Name | Rights Waived | Words of Invocation / Reason Not Admonished |
|---|---|---|---|
| Y | HAROLD CAJUCOM 9969 | Y | |

Modus Operandi

| Defendant's Full Name | | | CII No. | | Report Number |
|---|---|---|---|---|---|
| JEROME STEVEN RISBY | | | [redacted] | | 23-041889 |
| **Defendant's Last Name** | **First** | **Middle** | **Gen** | | **PFN** |
| RISBY | JEROME | STEVEN | | | [redacted] |
| **AKA / Nickname** | | | **Juvenile/ Arrest #** | | **AJIS No.** |
| | | | | | |



| DOB | Age | POB | Height | Weight | Hair |
|---|---|---|---|---|---|
| [redacted] | 56 | CA | 511 | 179 | BLACK |

| Eyes | Race | Sex | Facial Hair | Marital Status | Pregnant | Photo Taken |
|---|---|---|---|---|---|---|
| BROWN | BLACK | MALE | Unshaven | NEVER | | 08/13/2023 |

Reason for Holding

Felony

Submitted to Jail by JOHN CLEMENT at 08/13/2023 12:07:35

Accepted by Isaak Azraei at 08/13/2023 13:44:18

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

**Incident Number: 23-041889**

## Incident Summary

Incident Type: DOMESTIC VIOLENCE
Report Type: INCIDENT REPORT
Inc Occurred Address: [redacted] PATTON ST, OAKLAND, CALIFORNIA 94618
Sector/Beat: CCD1/12Y
Inc Occurred Start: 08/12/2023 21:10
Inc Occurred End: 08/12/2023 21:10
Report Taken:
Domestic: Y
Bias Motivation:
Gang Related: N
Substance: U
Contact Nature: YES
Reported Date/Time: 08/13/2023 11:42
Reporting Officer:
Primary Assigned Officer: DELMORAL, RIO
Case Status:
Disposition:
Disposition Date:
Approved by: LIANG, FENG
Approved date/time: 08/14/2023 23:33
Approve status: Approved

### Offenses

Statute Code: PC422
Enhancers:
Statute Desc: CRIMINAL THREATS THREATED CRIME W/INTENT TO TERRORIZE
Counts: 1
Statute Severity: Felony

### Officers

| Event Association | Emp# | Badge# | Name | Squad# |
|---|---|---|---|---|
| REPORTING OFFICER'S SUPERVIS | 8506 | | BURKE, DAVE | |
| REVIEWER | 8506 | | BURKE, DAVE | |
| PRIMARY ASSIGNED OFFICER | 9057 | | DELMORAL, RIO | |

### Associated Events

| Association: | Event Type: | Event#: | Event Date (Start): | Event Date (End): | Agency: |
|---|---|---|---|---|---|
| ARREST TO INCIDENT | ARREST | ARR23-003422 | 8/13/2023 11:56:00 | | OP |

## Persons Involved

Person#: 0001
MNI: 2677802
Can ID Suspect: No
Event Association: VICTIM
Contact Date/Time: 08/13/2023 10:41
Name: [redacted]
SSN:
DOB: [redacted]
Age: 50 - 50
Sex: FEMALE
Race: WHITE
Height: 5' 2" - 5' 2"
Weight: 100 - 100 lbs
Eye Color: BROWN
Hair Color: BROWN
Address: 583[redacted]
Sector/Beat: CCD1/12Y
Phone Type 1: CELL
Phone# 1: [redacted]
Ext 1:
Phone Type 2: CELL
Phone# 2: [redacted]
Ext 2:
DL State: CALIFORNIA
DL#: [redacted]
DL Exp. Date: [redacted]
Occupation: [redacted]
Employer/School:

# Incident Report



OAKLAND POLICE DEPARTMENT
455 7TH STREET
OAKLAND, CALIFORNIA 94607
(510) 238-3021

**Incident Number: 23-041889**

## Persons Involved

**Person#:** 0002 **MNI:** 1068791 **Can ID Suspect:** No

**Event Association:** SUSPECT **Contact Date/Time:** 08/13/2023 11:42

**Name:** RISBY, JEROME STEVEN

**SSN:** **DOB:** [redacted] **Age:** 56 - 56 **Sex:** MALE **Race:** BLACK

**Height:** 5' 11" - 5' 11" **Weight:** 179 - 179 lbs **Eye Color:** BROWN **Hair Color:** BLACK

**Address:** [redacted] **Sector/Beat:** CCD1/12Y

**Phone Type 1:** HOME **Phone# 1:** [redacted] **Ext 1:**

**Phone Type 2:** HOME **Phone# 2:** [redacted] **Ext 2:**

**DL State:** CALIFORNIA **DL#:** [redacted] **DL Exp. Date:** [redacted]

**Occupation:** **Employer/School:**

### Characteristics

| Characteristic Type: | Further Defined By: | Description: |
|---|---|---|
| HAIR LENGTH | SHORT | |
| COMPLEXION | DARK | |
| CLOTHING | GLASSES | |
| CLOTHING | | SWEATPANTS, BROWN SHOES. |

| | | |
|---|---|---|
| | 1:06:29 PM | |
| Sent | Jul 22, 2023 1:05:44 PM | I. Front of the house |
| Sent | Jul 22, 2023 1:05:30 PM | So.eone just stole your car |
| Received | Jul 22, 2023 11:15:51 AM | Hey 👋 |
| Received Sent by: Rebeca | Jul 22, 2023 10:59:43 AM | |
| Received | Jul 22, 2023 10:41:46 AM | I am so tired! |
| Received Sent by: Rebeca | Jul 22, 2023 10:41:41 AM | |
| Received Sent by: Rebeca | Jul 22, 2023 9:05:57 AM | Off we go |
| Received Sent by: Rebeca | Jul 21, 2023 1:58:09 PM | Law class in action |
| Sent | Jul 20, 2023 12:57:14 PM | Sent to Chuck, Call investigators, tell them their is a dog or dead smell in the apartment complex, then call the Humane society. What is the law for abandoned animals in California? CA Penal Code 597s – *Willful Abandonment of Animal* • Every person who willfully abandons an animal is guilty of a misdemeanor. CA Penal Code 597t – Confined Animals • Requires an animal kept in an enclosed area be provided with an adequate exercise area |
| Sent | Jul 20, 2023 12:46:15 PM | |
| Received | Jul 20, 2023 10:00:15 AM | I love you very much |
| Received Sent by: Rebeca | Jul 20, 2023 12:22:05 AM | Night |
| Received | Jul 20, 2023 | There? |

| | | |
|---|---|---|
| | 8:54:09 PM | |
| Sent | Jul 22, 2023 8:51:24 PM | Look up this app to locate car... myhyundai with bluelink |
| Received Sent by: Rebeca | Jul 22, 2023 5:18:27 PM | On our way back to Berkeley |
| Received | Jul 22, 2023 3:05:03 PM | Could hr have anything to do with this given the pattern of your wallet, house, now car |
| Received | Jul 22, 2023 3:04:30 PM | When is the left time you talked to sean? |
| Received Sent by: Rebeca | Jul 22, 2023 3:03:42 PM | What I'm dealing with |
| Sent | Jul 22, 2023 2:44:18 PM | |
| Received | Jul 22, 2023 2:07:41 PM | He does not seem like the type and to much at stake with his company I would imaging and no reason |
| Sent | Jul 22, 2023 2:07:06 PM | John Nicklas |
| Received | Jul 22, 2023 2:06:44 PM | Do you think someone is behind this? Is there anyone that wants to get at you for any reason? |
| Received | Jul 22, 2023 2:06:17 PM | Ok |
| Sent | Jul 22, 2023 2:06:07 PM | Got it |
| Received Sent by: Rebeca | Jul 22, 2023 1:50:32 PM | |
| Received | Jul 22, 2023 | This feels targeted at this point |

| | | |
|---|---|---|
| | 9:51:17 PM | out to your insurance companies as well because your such a liar, I believe you made up an staged everything. Nonetheless, I'll report it in writing. BTW, why did you sign all the court documents if I'm so unstable.. ? Good night you once every 3 month kinda girl. |
| Received | Jul 23, 2023 4:54:29 PM | About to start a master class. Back at 7 |
| Received | Jul 23, 2023 4:54:16 PM | Hey |
| Received | Jul 23, 2023 3:08:29 PM | There? |
| Received | Jul 23, 2023 2:46:46 PM | I don't have time to blame, lament, talk to others about all, I'm trying to pick myself back up, work like hell, and hold those accountable |
| Received | Jul 23, 2023 2:45:59 PM | I'm not speaking about this with family work members or friends! And I'm not blaming you but I do think a lot of that choices you have made have not been thought out and then bite you and us. Literally knocking us down! I'm tired, angry, ready to start going hard core after anyone who fucks with my house, you , me, our family and I hope you are in the same mind frame or no nonsense |
| Sent | Jul 23, 2023 2:43:06 PM | I'm not doing anything but working, nothing at all. How do you think I feel...?, it's been half the reason I can't sleep and never once not tossed me under the bus and this or that.... I've not felt safe at your house either, but please stop accusing me and spreading that between you and your family, colleagues and friends. I just hired sean because I was in dire need of help... Not only is a fuckin lier but drug addict with whiteboy complex.... he has fucked me up all over the place with jobs, tools and highly possible everything were dealing with now which I intend on correcting today... |
| Received | Jul 23, 2023 2:32:03 PM | I feel extremely vulnerable |
| Received | Jul 23, 2023 2:31:56 PM | I can't take much more. I'm taking too much of a hit and this has never occurred before in my life! I don't know what truly going on with you but it's Kyrgyzstan unsafe feeling at home right now. I don't know what else to do. I can't work much harder or continue to hold all down. Something is just not right |
| Sent | Jul 23, 2023 2:30:22 PM | I want to apologize I know this is really really getting sketchy, and won't repeat the "moose "or "sean"... I'm am very sorry.. |
| Received | Jul 23, 2023 2:27:07 PM | I'll inquire |
| Sent | Jul 23, 2023 2:26:39 PM | Reading about the system only the dealers can do it, maybe enterprises rentals |
| Received | Jul 22, 2023 | Does not work already tried with advise from Paul at the Berkeley Clark Kerr campus just went through same day our house was robbed and ransacked |

| | | |
|---|---|---|
| | 12:53:06 PM | |
| Sent | Jul 14, 2023 12:52:54 PM | Can you call back later? |
| Received | Jul 13, 2023 4:41:09 PM | Are you in the area |
| Sent | Jul 13, 2023 4:40:54 PM | Please text me. |
| Received Sent by: Rebeca | Jul 13, 2023 2:59:56 PM | |
| Received Sent by: Rebeca | Jul 13, 2023 2:58:28 PM | In case you forgot my taste :) |
| Received | Jul 13, 2023 12:36:08 PM | I highly doubt it they don't drive stolen cars with tinted windows |
| Sent | Jul 13, 2023 12:33:49 PM | Hey, baby, you know what I'm thinking? Who might have been involved with this or the amazon people delivey folk |
| Received | Jul 13, 2023 7:30:29 AM | Ok |
| Sent | Jul 13, 2023 7:13:19 AM | Ask Jeff is that the car in video that was I front |
| Sent | Jul 13, 2023 7:12:53 AM | https://youtu.be/Qp-UbPeDGTY |
| Received Sent by: Rebeca | Jul 12, 2023 1:55:12 PM | My law students in action |
| Received Sent by: Rebeca | Jul 11, 2023 11:28:13 PM | |
| Received Sent by: Rebeca | Jul 11, 2023 | |

| | | |
|---|---|---|
| | 5:39:39 PM | |
| Received | Jul 11, 2023 5:39:23 PM | Do you miss me? |
| Received Sent by: Rebeca | Jul 11, 2023 3:39:39 PM | |
| Received Sent by: Rebeca | Jul 11, 2023 3:39:35 PM | |
| Received Sent by: Rebeca | Jul 11, 2023 3:39:29 PM | |
| Received | Jul 11, 2023 11:47:41 AM | When are you going to ask me to properly marry you? |
| Received | Jul 11, 2023 11:29:55 AM | ? |
| Received | Jul 11, 2023 11:11:02 AM | Do you want lunch? |
| Received Sent by: Rebeca | Jul 10, 2023 5:26:12 PM | |
| Received | Jul 9, 2023 7:02:38 PM | Just finished can you pick me up on campus |
| Received | Jul 9, 2023 2:48:08 PM | Hey |
| Received | Jul 9, 2023 12:45:29 PM | The girls are so excited :) |
| Sent | Jul 9, 2023 12:43:50 PM | fun |
| Received Sent by: Rebeca | Jul 9, 2023 | |

| | | |
|---|---|---|
| | 12:13:56 AM | |
| Sent | Feb 23, 2023 11:41:43 PM | 00294920230223003569260~ |
| Received Sent by: Rebeca | Feb 23, 2023 3:56:11 PM | |
| Received Sent by: Rebeca | Feb 19, 2023 9:18:03 PM | |
| Received Sent by: Rebeca | Feb 19, 2023 8:42:46 PM | |
| Received Sent by: Rebeca | Feb 19, 2023 8:42:33 PM | |
| Received Sent by: Rebeca | Feb 18, 2023 5:10:43 PM | https://www.google.com/search?q=ain%27t+no+sunshine&client=safari&channel=iphone_bm&ei=9nbxY9ugDJLL0PEP8sCcsAw&gs_ssp=eJzj4tFP1zcsNjDNLbTIsTBg9BJMzMxTL1Hly1coLs0rzsjMSwUApMsKiA&oq=ainr+&gs_lcp=ChNtb2JpbGUtZ3dzLXdpei1zZXJwEAEYADINCC4QgwEQsQMQgAQQCjIHCAAQgAQQCjIHCAAQgAQQCjIHCC4QgAQQCjIHCC4QgAQQCjIKCAAQgAQQsQMQCjINCC4QgAQQsQMQgwEQCjIICC4QsQMQgwE6CggAEEcQ1gQQsAM6BwgAELADEEM6DAguEMgDELADEEMYAToECCkQQzoECAAQQzoFCAAQgAQ6BQguEIAEOggIABCABBCxAzoICC4QgAQQsQM6CwguEIAEELEDEIMBOgUIKRCABDoTCCkQgAQQsQMQgwEQxwEQ0QMQCjoICCkQsQMQkQI6BggpEBYQHjoCCCk6BwgpEKABEAo6BwgpEIAEEAo6BQgpEKIEOg4IABCPARDqAhCMAxDIAjoOCC4QjwEQ6gIQjAMQ5QI6EQgpEIAEELEDEIMBEMcBENEDOggIKRCABBDJAzoECC4QQzoLCAAQgAQQsQMQgwE6EQguEIAEELEDEIMBEMcBENEDOgoILhDHARDRAxBDOgsILhCABBCxAxDIBDoKCC4QgAQQsQMQCjoICC4QgAQQ1AJKBAhBGABQiwpYgDJgyUdoAnAAeAKAAesCiAG7GpIBCDE1LjkuMS4ymAEAoAEBsAEeyAERwAEB2gEECAEYCA&sclient=mobile-gws-wiz-serp |
| Received Sent by: Rebeca | Feb 18, 2023 5:10:23 PM | https://www.google.com/search?q=bill+withers+just+the+two+of+us&client=safari&channel=iphone_bm&source=hp&ei=ExjxY7DOKa7XkPIPgb-28AU&gs_ssp=eJzj4tFP1zcsNjAzMygozzBg9JJPyszJUSjPLMIILSpWyCotLIEAMhVKyvMV8tMUSosBZFIPvA&oq=bill+withers+just+&gs_lcp=ChFtb2JpbGUtZ3dzLXdpei1ocBABGAAyBQguEIAEMgUIABCABDIFCAAQgAQyBQgAEIAEMgUIABCABDIFCAAQgAQyBQgAEIAEMgUILhCABDoTCCkQgAQQsQMQgwEQxwEQ0QMQCjoICCkQsQMQkQI6BggpEBYQHjoCCCk6BwgpEKABEAo6BwgpEIAEEA06BwgpEIAEEAo6BQgpEKIEOg4IABCPARDqAhCMAxDIAjoOCC4QjwEQ6gIQjAMQ5QI6CwgpEIAEELEDEIMBOgsILhCABBCxAxCDAToLCAAQgAQQsQMQgwE6CAguEIAEELEDOggILhCxAxCDAToRCC4QgAQQsQMQgwEQxwEQ0QM6CAgAEIAEELEDOg4ILhCABBCxAxDHARDRAzoOCAAQgAQQsQMQgwEQyQM6BQgAEJIDOgoIABCABBCxAxAKOgcIABCABBAKOg0IABCABBCxAxCDARAKOgcILhCABBAKOg0IABANEIAEELEDELEDOhMIABANEIAEELEDEIMBELEDEIMBOgoIABANEIAEELEDOg0IABANEIAEELEDEIMBOgcIABANEIAEOg0ILhANEIAEEMcBEK8BOg0IKRCvARDHARCABBANOggIABCxAxCDAToOCC4QxwEQsQMQ0QMQgAQ6CwguEIAEEMcBEK8BOgQIABADOgsILhCDARCxAxCABDoOCC4QgAQQxwEQrwEQyQNQ9x9YzajKC2CmwcoLaBJwAHgAgAHfAYgB_xuSAQY5LjIwLjGYAQCgAQGwAR4&sclient=mobile-gws-wiz-hp |
| Received | Feb 18, 2023 12:16:43 PM | Do you need more bread? |
| Received | Feb 17, 2023 | Tried calling you back |

| | | |
|---|---|---|
| | 7:28:39 PM | |
| Received | Feb 17, 2023 7:28:29 PM | Just off with a client could not pick up in time |
| Sent | Feb 17, 2023 7:23:46 PM | |
| Sent | Feb 17, 2023 7:23:46 PM | |
| Sent | Feb 17, 2023 7:22:44 PM | Calling look |
| Sent | Feb 17, 2023 7:22:33 PM | hey |
| Received | Feb 17, 2023 6:45:18 PM | Hey |
| Received | Feb 17, 2023 4:11:50 PM | 911 pick up |
| Received | Feb 17, 2023 4:10:03 PM | SOS tada is out! People found her they are at the front door |
| Received | Feb 17, 2023 11:04:54 AM | My throat is killing mr |
| Received | Feb 16, 2023 8:46:23 PM | Going to bed |
| Received | Feb 16, 2023 8:46:17 PM | ? |
| Sent | Feb 16, 2023 8:36:30 PM | |
| Sent | Feb 16, 2023 | |

# Alameda County, California
## Clerk-Recorder Web Access

Welcome Visitor. View Basket

Welcome | Fictitious Business Names | Marriage | Real Estate | FAQ

To order Real Estate copies online, go to: https://www.acgov.org/auditor/clerk/opr/opr.htm

Click here for Search Instructions

Criteria: Party Name Begins With HAWLEY REBECCA;Date Filed on 01/01/2010 and 02/01/2024;Act Type in A15, B14, A87, C50, A03, A98, A03RF, A03RTD, A02, DTRANDRTNS, A94, C11, B02, B12, B13, A16, B32, A11, A43, A07, A07S, B33, A25RF, B34, B35, B37, C32, C09, LIENREQUEST, A30, A14, C10, A09, A09DH, A25A, B36, A25RT, B38, B40, B40DH, B41, B42, B43, A29, B97, B87, B98, B99, B88, B89, C01, C02, B90, C03, C04, C05, B92, B93, B94, A53, B95, B96, C06, B44, M06, A35, B31, B45, B46, B47, B48, B49, B50, B51, B26P, PCOR, B52, V00, A26, B54, B55, C12, A01, A01RF, M02, B57, B56, B64, B64A, B58, B59, A13, A13DTT;
Showing Records 1 through 6 ( 6 records found as of 02/24/2024 11:02:58 AM count again )

Other Options
New Search
Refine Search
Page 1
Sort By:

| # | | Instrument # Book-Page | Date Filed | Document Type | Name Associated Name | APN | Status |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 2013166244 | 05/08/2013 | NOTICE LIEN | [R] HAWLEY REBECCA<br>[E] CITY OAKLAND FINANCE | | Perm |
| 2 | ☐ | 2015261874 | 09/24/2015 | DEED OF TRUST | [R] HAWLEY REBECCA<br>[E] HAWLEY JAMES | | Perm |
| 3 | ☐ | 2016016454 | 01/25/2016 | RECONVEYANCE | [E] HAWLEY REBECCA<br>[R] | | Perm |
| 4 | ☐ | 2019015593<br>0-0 | 01/31/2019 | NOTICE LIEN (OTHER) | [R] HAWLEY REBECCA TR (+)<br>[E] EAST BAY REGIONAL PARK DISTRICT | | Perm |
| 5 | ☐ | 2021032054 | 01/26/2021 | DEED OF TRUST | [R] HAWLEY REBECCA TR (+)<br>[E] HAWLEY JAMES P TR (+) | | Perm |
| 6 | ☐ | 2021032054 | 01/26/2021 | DEED OF TRUST | [R] HAWLEY REBECCA TRUST (+)<br>[E] HAWLEY JAMES P TR (+) | | Perm |

Other Options
New Search
Refine Search
Page 1
Sort By:

Aumentum Recorder - Public Access Web UI, Version 2021.2.0
Copyright © 2001 - 2024 Aumentum Technologies. All Rights Reserved

# Alameda County, California
## Clerk-Recorder Web Access

Welcome Visitor. View Basket

Welcome | Fictitious Business Names | Marriage | Real Estate | FAQ

To order Real Estate copies online, go to: https://www.acgov.org/auditor/clerk/opr/opr.htm

Criteria: Party Name Begins With HAWLEY REBECCA;Date Filed on 01/01/2010 and 02/01/2024;Act Type in A15, B14, A87, C50, A03, A98, A03RF, A03RTD, A02, DTRANDRTNS, A94, C11, B02, B12, B13, A16, B32, A11, A43, A07, A07S, B33, A25RF, B34, B35, B37, C32, C09, LIENREQUEST, A30, A14, C10, A09, A09DH, A25A, B36, A25RT, B38, B40, B40DH, B41, B42, B43, A29, B97, B87, B98, B99, B88, B89, C01, C02, B90, C03, C04, C05, B92, B93, B94, A53, B95, B96, C06, B44, M06, A35, B31, B45, B46, B47, B48, B49, B50, B51, B26P, PCOR, B52, V00, A26, B54, B55, C12, A01, A01RF, M02, B57, B56, B64, B64A, B58, B59, A13, A13DTT;
Showing Records 1 through 6 ( 6 records found as of 02/24/2024 11:02:58 AM count again )

Click here for Search Instructions

Other Options
New Search
Refine Search

Page 1

Sort By:

| # | | Instrument # Book-Page | Date Filed | Document Type | Name Associated Name | APN | Status |
|---|---|---|---|---|---|---|---|
| 1 | ☐ | 2013166244 | 05/08/2013 | NOTICE LIEN | [R] HAWLEY REBECCA<br>[E] CITY OAKLAND FINANCE | | Perm |
| 2 | ☐ | 2015261874 | 09/24/2015 | DEED OF TRUST | [R] HAWLEY REBECCA<br>[E] HAWLEY JAMES | | Perm |
| 3 | ☐ | 2016016454 | 01/25/2016 | RECONVEYANCE | [E] HAWLEY REBECCA<br>[R] | | Perm |
| 4 | ☐ | 2019015593<br>0-0 | 01/31/2019 | NOTICE LIEN (OTHER) | [R] HAWLEY REBECCA TR (+)<br>[E] EAST BAY REGIONAL PARK DISTRICT | | Perm |
| 5 | ☐ | 2021032054 | 01/26/2021 | DEED OF TRUST | [R] HAWLEY REBECCA TR (+)<br>[E] HAWLEY JAMES P TR (+) | | Perm |
| 6 | ☐ | 2021032054 | 01/26/2021 | DEED OF TRUST | [R] HAWLEY REBECCA TRUST (+)<br>[E] HAWLEY JAMES P TR (+) | | Perm |

Other Options
New Search
Refine Search

Page 1

Sort By:

Aumentum Recorder - Public Access Web UI, Version 2021.2.0
Copyright © 2001 - 2024 Aumentum Technologies. All Rights Reserved

Exhibit E

PURJURY [illegible]

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

BEFORE THE HONORABLE ARMANDO PASTRAN JR., JUDGE

DEPARTMENT NO. 502

-- oOo---

In the Matters of

| | | |
|---|---|---|
| Petitioner: | REBECCA HAWLEY, | NO. 23FL046623 |
| and | | |
| Respondent: | JEROME STEVEN RISBY. / | |
| Petitioner: | JEROME STEVEN RISBY, | NO. 23FL050212 |
| and | | |
| Respondent: | REBECCA HAWLEY. / | |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**January 29, 2024**

Hayward Hall of Justice
Hayward, CA

APPEARANCES:

| | |
|---|---|
| FOR THE PETITIONER/RESPONDENT: | REBECCA HAWLEY, In Propria Persona |
| FOR THE RESPONDENT/PETITIONER: (Via Zoom Video Conferencing) | JEROME STEVEN RISBY, In Propria Persona |

DEBORAH M. TRUJILLO, CSR #5088

Mr. Risby, you have some objections to it. I just simply wanted to make sure that you had the opportunity to read it. I'm not suggesting that this is coming into evidence or anything like that, but I wanted you to have the opportunity, because that's your right, to have looked at it. I'm not making any findings or doing anything on it. I just wanted you to read it.

We were essentially on Mr. Risby's portion of these proceedings. You had two witnesses testify. Mr. McKeirnan testified to a circumstance that he had with Ms. Hawley where he alleged that he was sexually assaulted by her, and sort of what I guess I would characterize as his characterization, wrongfully evicted or taken off of the lease, or something to that effect.

And you presented a number of documents to help support, I guess whatever picture you were trying to show of who Ms. Hawley was.

Then you had Mr. Diallo McLinn testify. His testimony was much shorter and primarily dealt with circumstances regarding trying to pick up items from Ms. Hawley's home after you --

MR. RISBY: Let me clarify that.

THE COURT: were told not to be there.

**EXAMINATION OF JEROME RISBY**

**BY THE COURT:** Q. Is there anything else, Mr. Risby, you wanted to add?

A. Yeah. I want to clarify. When you say picking up items. I lived at the address for over three years and that was my domicile --

Q. Mr. Risby, I'm going to interrupt you real quick. I was simply trying to summarize it. I'm not suggesting that you are adopting the facts or that my summary is completely accurate. I just wanted to ballpark it.

You lived there, you were in a relationship with her, you feel that you were wrongfully removed from the premises on false allegations. I understand that this has been sort of the thrust of your argument to the court.

Am I wrong or am I missing something there?

A. That would be the thrust of it as my research has gone through and which I've had nothing but time to sit and research exactly what the motivations are for all this, and there seems to be a history --

Q. We are having trouble hearing you.

A. There's been a history. In the course of doing some research and receiving the 75-page report on calls to that address, there seems to be a history of Ms. Hawley doing this to other men, other black men that were m sort of a desperate need for assistance.

So I could have I see that this whole situation could have been avoided and was about to be avoided, outside of being violently pulled out of the house and arrested and taken away

and never to come back.

The declaration states that I had lingered around the houso and had waited for some opportunity to go in and get my things. When we are saying "get my thing g I had my office there and that was an office that had computers, fax machines, files, lots of items of keeping an office. And I haven't been able to get my passport out and I don't know if she threw it out or if she threw out my computer.

I do know now that there is some people that have been logging into my accounts and I've been locked out of all of my business accounts. So I have not been able to work at all. And that's due to her actions o doing whatever she wanted to do with the items, and officers precluding me from going m there when there actually was no restraining order on me. I should have been allowed to go back in there.

The court's probably reviewed the reports by the Oakland police. There is such a similar instance in which Ms. Hawley called the police on Mr. McKeirnan and she was in essence trying to do exactly what she did to me to him, and the officers didn't take him to jail; they didn't arrest him. For some peculiar reason, they issued an emergency protective order on me, and that excluded me from going back to that property.

In that time, she had disconnected all of the phone lines and all of my business lines. It absolutely ostracized me from my business and being able to function. And she knew that she was doing this and she knew how my whole operation works.

I keep hearing and keep seeing the written statement by her of me having my bad business dealings --

Q. Mr. Risby, I guess I'm trying to get to the point where there's evidence that you want me to consider. It sounds like what we are delving into is merely an argument.

As I understand the thrust of your request for restraining order is that you believe she wrongfully had you arrested, that you believe that she wrongfully was able to have you removed from the residence, because when she had you, in your mind, wrongfully arrested, you were then subject to an emergency protective order, and this -- you believe that this wrongful arrest and removal from the property was bad in and of itself, but that that was compounded by the fact that you had a business that was disrupted and that you had damages as a result of the disruption to your business.

And that, subsequent to that, you have tried to retrieve items, some of which you characterize as having sort of sentimental value, in addition to the other items you have, something like a family heirloom or something like that as well.

A. Furniture.

Q. And furniture. And you've tried to retrieve these items and you have felt that you have not been given meaningful access to retrieve the items that you were supposed to be able to retrieve.

That's my understanding about your request for restraining order. That's the basis of my understanding and that's what you are alleging. And it sounds like you are just at this point 8fating those in an argument fashion. I don't use "argument" m a derogatory way. I'm saying it’s not really adding much more to what you’ve already stated. You are simply restating your

position. I just want to know if there's anything I'm missing.

A. I consider Ms. Hawley dangerous --

THE COURT: Can I interrupt you?

Where did that sound come from, the dinging?

MS. HAWLEY: I apologize. My work emails are coming m. I'm turning off the alert.

MR. RISBY: On record Hawley has stated that I gave her meth. On record she's saying that I am mentally ill.

Being that I don't have a way to be able to generate an income because of all the actions taken by Hawley to, one, cutting off my phone, disconnecting all the computers and unplugging the business completely --

THE COURT: Q. Mr. Risby, what business are you talking about? You always reference a business.

A. I've had a company for about 35 years named Tech Express Mobile and -- I've had two shows on Discovery. In fact, there was a channel, I ran it, I ran the piece on the business for two and a half years, and there was numbers associated with that business, websites associated with that business. I was just in the course of trying to get into a platform so it would have been a hands-free or hands-off business model.

And I answered the door and the cops came in and grabbed me and took me out of the house and that was it. And I have not been able to do anything but beg for -- you know, reach out to my friends for assistance.

Ms. Hawley is dangerous. She is making these claims of drug use, of being mentally ill and being violent. None of which is true. There are many, many, many people that would

attest to this, and m fact there are some declarations that attest to that.

In addition, if you look at the medical report that was submitted by Hawley on her last report, and the Kaiser report, and the doctor actually states that there were drug s m her system that are drugs used for her mother, they are drugs for cancer patients who have ovarian cancer, and she I guess has been -- I don't know if she's been on a cocktail of these thing s for a long time. I have no idea.

And there were other instances that other people outside of Dan who had approached me --

Q. Mr. Risby, I'm going to interrupt you again. You --

A. I'm just going into the character of this person. That's what I'm talking about, is the character.

Q. I think I get the picture. I know that you had some declarations; I know that you had one other witness testify as to character, essentially. All at this point that I'm hearing is sort of scattershot why she's a bad person

A. I'm so sorry I do that. The whole thing ꙅs incensed me so much that -- you know, it's insensitive. Okay?

THE COURT: At this point I've given you quite a lot --

MR. RISBY: Thank you.

THE COURT: -- o leeway. I'm fairly confident that I understand your position. In addition to the things you've stated and what I've previously stated, you are trying to say to the court that Ms. Hawley is of such a character that she's not to be believed because she's done things like this in the past

and she's essentially not a good person for a variety of reasons and should not be found credible.

Okay. I'm going to now turn to Ms. Hawley at this point, I think I've sufficiently heard your basis.

Ms. Hawley, it's been some time since we heard your side here. That's because we need to give everybody present here the right to be heard. Now I'm going to turn back to you. I want to drill down on the main issues of abuse that you alleged.

Mr. Risby, if you have a pen or paper, maybe you can note what you want to respond to and then I can turn back to you. We don't interrupt each other when we are talking.

**EXAMINATION OF REBECCA HAWLEY**

**BY THE COURT:** Q. Ms. Hawley, the main incident was the incident in August of 2023 where you called the police, and that's when the initial emergency protective order got into place. Or am I mixing that up with something else?

A. You're mixing it up. The main time that he was actually arrested for is he came home, I was pretty sure, under the influence. I had taken my sleep medication --

Q. Ms. Hawley, can you slow down.

Can you refer to date and time.

A. This was August 2023 around 9:00 p.m. or so. He had come home, I was half asleep on the couch, still working, I had had some wine and I also took my PTSD medication and was falling asleep. He came in very upset, accusing me of things, accusing me of having an affair with his friend Moose, accusing me of turning his brothers against him.

Family was also calling him on the behavior that I lived

with and that I saw around getting his act together, the substance abuse, the erratic behavior. He took -- this is when the actual initial police report was filed.

He took my phone, grabbed it from my hand, slammed my computer down. I reminded him that I'm still working, I was on call 24 hours that night, I needed my phone. He threw the phone back at me when I was sitting on the couch.

I called the police because I didn't feel safe around him. I called his brother as well. He left when he heard that I called the police and didn't come back until early in the morning. His brother came over to support. That was the actual report that I made around abuse.

When he was erratic again, I had been working with the narco team in Oakland and the police to see if they could come and talk to him in terms of support, deescalation, being out of the house for a cool-down period. did not feel safe with him m the house with his behavior, his yelling, s lamming doors, his calling me derogatory names, not sleeping, up for hours at a time. standmg over me, waking me up. I could not live like that with my job, my own issues --

Q. I'm sorry to interrupt you again, Ms. Hawley. I don't know where we mayo o crossed wires here. You said I mixed up the dates. I thought I did, but I didn't. Because I was asking about the August 2023 incident, That's the exact incident I was talking about.

Let's move aside from that.

When you talk about things on the record to me, it's much more helpful when you, instead of talking broadly, help angle it

to a time.

We talked about the August incident, but you started talking generally again about him keeping you up. Was that after the August incident, or is this something that was occurring leading up to the August incident?

A. This was leading up to it. And there was -- there were two incidents, two police calls that were made in July and August. The initial one is the one I referenced. The second one, I was trying to have them talk to him around a deescalation for support. He refused to come out of the house, backed up into the house, was not listening to the police. That's why he was arrested.

Q. That was after the restraining order had been granted?

A. No. This is when the emergency restraining order then was put m place on that date.

Q. That was in July or August ?

A. August 2nd.

Q. The second incident m August that involved the phone, that's when you called the police to deescalate. Correct?

A. Both times. Correct.

Q. What was the July incident?

A. The phone, the grabbing, that was the end of July, early August, when he actually got arrested for resisting arrest when they came to try to talk to him. And that was the point -- that was the August incident. That's the one that you had initially referred to.

Q. Why do you feel that you need a restraining order in this case?

A. His yelling, his throwing things at me, that is not the first time. He has pushed me before when he's been under the influence. He has brought drugs into the home.

Q. When you say something like that's not the first time, he pushed me before, can you tell me when he pushed you before then and the circumstances?

A. He was using, I'm guessing on drugs. We were in the back. He was escalated. I was trying to talk to him. This was in January 2022, I believe. He got upset. He pushed me. The next day, he said, ''I went too far. I took it too far.''

This has happened yet another time almost exactly a year later when he also hit me. We were play-fighting and playing around, but he did hit me. And the next day he said, "1 really need to stop drinking. Things go too far.''

Q. Those are the three incidents o physical abuse.

A. Correct.

Q. You mentioned something about him standing over you trying to have sex with you while you are sleeping.

A. This happened consistently. He would stand over me, try to wake me up, would be sleeping, try to take off my pants. I would push him away. Or he would stand over me wanting to talk, calling my name, all hours of the morning, evening. I work. It just became -- already knowing the PTSD issues I already have -- unliveable, not safe.

Q. What about it made you feel unsafe?

A. Being woken up, being touched, having someone stand over me calling my name or yelling at me. Things that often, I think, he didn't remember. Calling me a ho, calling me a bitch,

calling me a manipulator. I would be asleep and he would come in again, I don't know if he recalled it or not but that did not make me feel safe.

Q. Why do you keep saying you don't know if he recalls it?

A. Because it's like he has no memory when I try to bring up the issues or I did try to bring up the issues, that there's a problem, you need support, there is support.

Q. Anything else you wanted to add, Ms. Hawley?

A. No. I said everything in the statements. I do not feel safe around Mr. Risby. I know other women have not. I'm concerned for the next woman after me. I just want my peace and to be left alone with no involvement, no communication with him.

THE COURT: Mr. Risby, are there any questions you want me to direct to Ms. Hawley about what she just stated?

You are muted.

MR. RISBY: The thing -- the only thing that I would want from Hawley and the only thing that I've actually wanted the whole time --

THE COURT: We're having trouble hearing --

MR. RISBY: I have been wanting to retrieve my belongings. But Ms. Hawley believes that the October 6th date that she states was the last time for her to take possession and destroy my items was not. And prior to that, August 5th -- August 5th and 4th, I attempted to come over and retrieve those items. I showed up --

No. Excuse me. My apologies. In October. I showed up October 5th and -- October 4th, 5th and 6th to retrieve my furniture, my computer, my office equipment. Really that was

all that I needed. I didn't need anything else from her. She had destroyed two cars. Okay. I could understand she's upset.

Let me back up.

To these statements of January 22nd and the other times that she says I -- we had an argument of some sort. The only time that we've ever had a real argument and I started screaming and calling her a ho

THE COURT: Mr. Risby, you are trailing off again. I can't hear you. need to stop you. We need to have a record of the proceedings and I can't hear you.

THE REPORTER: "The only time we ever really had a real argument and I started screaming and calling her a ho..."

THE COURT: Go on.

MR. RISBY: -- was when she had slept with my friend Mustafa, Diallo's cousin.

THE COURT: Let's just try to keep your voice up.

Mr. Risby, are you going to add anything further? It sounds like you didn't have a question. It sounds like you are concerned about the manner in which Ms. Hawley presented -- or, I should say, in your mind did not proceed to allow you to get your items back. That's what you are mainly talking about now.

MR. RISBY: I guess the question would be is I've never heard anything. If she communicated with them on the 12th and made arrangement for them to come over, the narco team, and made arrangement for them to come over on the 13th, and also as they state in the police report, and step into the house and grab my hands and told me that I'm being detained, and then walking up the street --

THE COURT: Mr. Risby, we are having a really tough time hearing you. You need to speak up.

MR. RISBY: The date on which -- on August 12th she communicated with OPD -- I guess this is the date when she is speaking of talking with this narco team. I've never heard of these people. I didn't know that they wanted to intervene. No one communicated anything to me. On August 13th she didn't communicate anything when she left the house.

And when she came back and thought that I slammed the door, I didn't slam the door. I opened the door to listen to her and the wind blew and it closed the door.

At no point in time did I ever say that I'd kill her. would never say that m her house or to her. It's just not my style. And she knows this.

What she wants to do, as she indicated to my brothers, she indicated to my friends, is that she wanted me to leave her house. She wanted me out. And we had pretty much been moving in that direction.

I believe that evening of the 12th in which we had a conversation about the robbery, the burglary in which they didn't go through anything of hers -- you know what? I'm going to stop for just a quick second and make this part of the record as well.

The date in which the house was robbed, which was July 11th, she arrived at the house at nine o'clock and she started to call Oakland Police Department and then stopped, hung the phone up. And then about an hour goes by and then she calls me. That's on the record. That's in the police report that I

can cite for the court. Which is kind of peculiar. I only learned this later after reading through and requesting the reports from the Oakland Police Department and the FOIA act.

The times that I was told that the house was robbed were different --

THE COURT: Mr. Risby, you are really not adding anything. I don't think we are getting anywhere.

Mr. Risby, essentially I understand your complaint is that she in your mind falsely created this narrative of a robbery or burglary that didn't exist. You say that based on the fact that there are different times -- you mention this in your papers -- that also that everyone's only -- I'm sorry -- basically none of her items were stolen, but yours were.

I'm not sure that adds a lot to the question I had, which was initially starting off with these allegations that she's making about these dates and times, what was your response, and now we've kind of gone down a side road.

MR. RISBY: I'm sorry. August 12th was the date in which I know she had spoken with the Oakland police. I didn't understand what it was about, I only gleaned this from the police report.

August 13th, that was the date m which I was ejected from the house and never allowed to return. She could have interdicted the emergency protective order, she could have made things a lot smoother, I believe, and chose not to. And in fact what she chose to do was to harm me as much as possible. And that was by cutting off my phone --

THE COURT: Mr. Risby, I've heard all of this part

before --

MR. RISBY: Okay, okay.

THE COURT: At this point I think I've given you plenty of opportunity to develop your record. I don't think I'm hearing new things.

Ms. Hawley, the only question I have was, you also alleged a threat. I thought I heard that. Was there a threat m combination with the allegations of abuse? From the August incident.

MS. HAWLEY: Yes, there was. "I will take you down. You don't know what I can do."

I did not say that he said he was going to kill me. The cops said, Were you scared for your life? Were you scared for your safety? I said yes and told them what he was yelling and on a rage about.

THE COURT: At this point I think I've heard sufficient basis to make a ruling and move forward.

But I want to give Mr. Risby -- is there anything you wanted to add before I make my ruling?

MR. RISBY: Yeah. Just really -- just yeah, just I don't know what to say. I've just gotten really upset about the whole situation. But I think that some of the things will come to light at a later point m time. And I guess this -- ɪ don't want to be around her.

I would like the courts to issue an order of some sort so ɪ could actually retrieve or have some officer there to review and see if my thing are still there. Because someone has logged into my computer. Someone has that computer online.

Someone has two of my computers online. And I can't get --

THE COURT: Mr. Risby, I'm not really at this point hearing anything really on the merits of the restraining order. It sounds like you have other complaints that you wish to flesh out in terms of --

MR. RISBY: The courts were the ones I don't think the courts, for one, could provide the protective order. And two, the courts were the ones that engaged this debacle. believe she actually has provided -- he put a fraud upon the court. And I don't believe that that -- I think it was all misrepresented.

THE COURT: Mr. Risby, I think I've heard enough. You're not really getting anywhere, it sounds like, except more allegations on top of the ones you're making.

Ms. Hawley, anything further before I make my ruling?

MS. HAWLEY: No, I have nothing. I shared everything I needed to. Thank you.

THE COURT: At this point the court finds that the petitioner has met her burden of showing a past act of abuse within the meaning of the Domestic Violence Protection Act based on a preponderance of the evidence.

In reaching its decision, the court has evaluated the credibility of the parties based on my evaluation of the witnesses' demeanor, tone, attitude, manner of responding to the court's questions, body language, facial expressions, the consistency of their testimony, among other factors.

I find that Ms. Hawley has met her burden of establishing a prior act of abuse.

Most of the complaints from Mr. Risby largely center around complaints about Ms. Hawley's character and complaints about his issues retrieving his property. And I know from Mr. Risby that's under -- that doesn't properly capture everything, but I can't recite every allegation he's made. It's centered around getting property back. And that seems to be the thrust of his complaint, in addition to her falsely -- his claim of falsely using the Oakland Police Department to have his arrest.

Much of the declarations, I'm not taking into account. The declarations are hearsay, so they are not really considered by this court. What's being considered is the testimony presented.

The testimony from the respondent involved allegations of incidences that were not connected to this one. I know that they were presented to show bad character, essentially, but the court is not convinced that it takes away from the credibility of Ms. Hawley's allegations that brought her before this court.

And so the court will issue a restraining order for one year. It will extend the restraining order that's currently in place for a year from today's date. That will be a restraining order after hearing, but it will be on the same terms that the TRO currently has.

I also note that Ms. Hawley did provide text messages, I did take those into account. However, the text messages seem to corroborate her story and her allegations of events. In those text messages, it's very apparent that the respondent rs incredibly upset.

And so that's the court's ruling.

And the court's experience with the respondent, generally

speaking, has been -- it's been very difficult to get responses and to get linear responses to questions. That is m marked contrast to Ms. Hawley's very linear and clear responses to the questions that were asked by this court. Many of the questions that were asked of Mr. Risby resulted in answers that didn't answer the questions.

So the court finds the petitioner to be credible.

Ms. Hawley, have you seen Mr. Risby in possession of any firearms at any point?

MS. HAWLEY: No, I haven't. He had BB guns. I had those confiscated from the house when his stuff had to go, under court order. I don't have any of his stuff here. So, no.

THE COURT: Mr. Risby, you have no firearms that you oppose own or possess? Do you own any firearms?

MR. RISBY: Clearly I told you that she took everything that I own. Correct?

THE COURT: Is that a no ?

MR. RISBY: Clearly. That should be clearly. No.

THE COURT: Again -- and this is -- Mr. Risby's response shows some issues again just answering the court s simple questions.

MR. RISBY: Your Honor, I'm not listen. Your Honor, I want to make sure we make this on the record.

THE COURT: Mr. Risby, I'm talking, so we can't talk --

MR. RISBY: I know you are.

THE COURT: We will find that you are compliant with the gun relinquishment. By Ms. Hawley's testimony, it doesn't

appear that she saw you with firearms. And then by your sort of lack of answer or kind of answer, it doesn't seem like you own a firearm.

Mr. Risby, one last thing you wanted to add? The court's made its ruling, so it's not inclined to reconsider it, but I don't want to cut you off because -- but I will if it gets very long. Is there one thing you wanted to make sure you said was part of the record?

MR. RISBY: The act of the false statements to have me violently removed from the house. That was a violent act. And the orchestrated and -- what would you call it -- conspiring to have on record, across the board, completely ruined any of my capacities or ability to go out and get a nob. All they see is somebody mentally ill. And that is all because of her. Because she is the one that is going to be and should be arrested for sexual abuse.

I'm done. Thank you.

THE COURT: Thank you, Mr. Risby.

Again, the court has found the petitioner's recitation credible by a preponderance of the evidence.

That concludes the Risby and Hawley matter.

It looks like Mr. Risby has turned off his camera. But it appears that his behavior in court is corroborating some of what Ms. Risby is saying in terms of his difficulty and her concern for her safety. It's apparent, in my observations, that Mr. Risby seems unable to conduct himself professionally if things aren't going his way.

That will conclude the Risby matter.

We will mail the paperwork.

Mr. Risby's petition is dismissed.

-- oOo---

STATE OF CALIFORNIA )
) ss.
COUNTY OF ALAMEDA )

DEBORAH M. TRUJILLO, do hereby certify that I am an Official Court Reporter m the Superior Court of the State of California, in and for the County of Alameda, that as such I reported the within-entitled matter, and that the foregoing transcript is a full, true and correct transcription of my shorthand notes so made.

Dated: March 27, 2024.

DEBORAH M. TRUJILLO
CSR #5088