UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME STEVEN RISBY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REBECCA HAWLEY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-06734-JCS<br><br>**ORDER PROHIBITING DISCOVERY PRIOR TO RULE 26(f) CONFERENCE** |

Plaintiff is proceeding in forma pauperis in this action and the Court has issued an Order to Show Cause why the case should not be dismissed pursuant to 28 U.S.C. § 1915. Plaintiff's response is due by February 19, 2025. The Court will order service of the complaint only if it finds, after reviewing Plaintiff's response to the order to show cause, that Plaintiff has met the requirements of 28 U.S.C. § 1915. Plaintiff is not permitted to seek discovery from any source before Defendants have been served and the parties have conferred as required by Rule 26(f) of the Federal Rules of Civil Procedure. The Clerk is instructed that no subpoena should be issued in this case until after the Court has ordered service of the complaint. To the extent Plaintiff may have already served subpoenas in this case, those subpoenas are invalid and are therefore quashed.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge